

**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC and NAIL
ALLIANCE – ARTISTIC, INC.

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SACV16-00969 DOC(JEMx)

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; MT BEAUTY SUPPLY, a South Carolina business; NAIL MARK'S, a Florida business; A&A NAIL SUPPLY, a Nebraska business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>[PROPOSED] ORDER TO TEMPORARILY SEAL FILE<br><br>FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)<br><br> |

53212240.1

[PROPOSED] ORDER TO TEMPORARILY SEAL FILE

1 THIS CAUSE is before the Court upon the application of Plaintiffs Hand & Nail Harmony, Inc. ("Harmony") and Nail Alliance, LLC ("Nail Alliance") (collectively, "Plaintiffs"), having applied for an order directing that all pleadings and other documents submitted to, or issued by, the Court in the above-captioned case be temporarily filed under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the entire file in this action, including Plaintiffs' Complaint, *Ex Parte* Applications, including applications for a Temporary Restraining Order ("TRO"), Seizure Order, Temporarily Seal, other equitable relief, corresponding Memoranda of Points and Authorities, Declarations, Exhibits, and Proposed Orders, and all other materials filed by Plaintiffs in connection with the *Ex Parte* Applications, and any order issued by the Court, be filed under seal, and remain sealed until the Court's Order to Show Cause why a Preliminary Injunction should not issue has been ruled upon, *provided, however,* that this Order shall not be construed to prohibit Plaintiffs or its attorneys or agents from disclosing the existence of this lawsuit, its application for a TRO, or the contents of documents filed or lodged in connection therewith to process servers, law enforcement personnel, and other third parties to the extent necessary to prepare for and effectuate service of process on the Defendants.

IT IS SO ORDERED.

*/s/ David O. Carter*

Dated: May 27, 2016

UNITED STATES DISTRICT COURT JUDGE

---

53212240.1

2

[PROPOSED] ORDER TO TEMPORARILY SEAL FILE