FILED
CLERK, U.S. DISTRICT COURT
5/27/16
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Goltz   DEPUTY

1  **POLSINELLI LLP**
Todd M. Malynn (CA Bar No. 181595)
2  Adam P. Daniels (CA Bar No. 269466)
2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
Telephone:  310.556.1801
4  Facsimile:  310.556.1802
Email:     tmalynn@polsinelli.com
5

**ORIGINAL**

6  *Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
7  NAIL ALLIANCE, LLC

8      **IN THE UNITED STATES DISTRICT COURT**

9     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                                          SACV 16-00969 DOC(JEMx)

HAND & NAIL HARMONY, INC., a    | Case No.
11  California corporation, NAIL
ALLIANCE, LLC, a Delaware     | **DECLARATION OF JIM PHAN**
12  corporation,                  | **IN SUPPORT OF *EX PARTE***
                                 | **APPLICATION FOR: (A) ENTRY**
13            Plaintiffs,          | **OF TEMPORARY**
                                 | **RESTRAINING ORDER AND**
14        v.                      | **SEIZURE ORDER; (B) ORDER**
                                 | **TO SHOW CAUSE RE**
15  ABC NAIL AND SPA PRODUCTS, a  | **PRELIMINARY INJUNCTION;**
California business; GEL NAIL   | **(C) A SUBSTITUTE CUSTODIAN**
16  SUPPLY, a California business; VAL | **ORDER; AND (D) AN ORDER**
USA MANUFACTURER, INC. (a.k.a., | **FOR EXPEDITED DISCOVERY**
17  Val Gel Polish Manufacture), a
California corporation; VIP NAIL
18  PRODUCT, INC., a California     | **FILED UNDER SEAL**
corporation; V&V BEAUTY SUPPLIES, | **PURSUANT TO 15 U.S.C. § 1116**
19  a California business; NAIL LOUNGE | **(d)(8)**
LLC, a Nevada business; TODAY NAIL
20  (a.k.a., Nails Today), a Nevada business;
HOLLYWOOD BEAUTY SUPPLY, a
21  Nevada business; MT BEAUTY
SUPPLY, a South Carolina business;
22  NAIL MARK'S, a Florida business;
A&A NAIL SUPPLY, a Nebraska
23  business; XUAN THI LAM; CHAU THI
NGOC LE; ANH Q. LE; IRIS ZHEN;
24  FELIX TSENG; CINDY TRINH;
LINDSIDE PHÂM; BRYAN TRAN;
25  HAI T. NGUYEN; BAO TOAN LE; and
DOES 1 through 100, inclusive,

26            Defendants.



LODGED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

27      I, Jim Phan, declare:

28      1.      I am a licensed private investigator (PI No. 26115), and have been

Polsinelli LLP
2049 Century Park East, Suite 2300.
Los Angeles, CA 90067
310.556.1801

working as a private investigator for eight years. I also am an instructor at the Viet Nam Automotive and Criminal Law Justice Institution, where I have been working for over eight years. I am a former peace officer (Criminal Investigator) for the State of California (Department of Motor Vehicle Investigation Division). While working for the State of California, I wrote over one hundred search warrants, telephone/anticipatory search warrants, and arrest warrants. I made or participated in over hundred arrests and probable cause arrests. I have written over hundred investigation reports, and I have interviewed victims, witnesses and defendants.

2.    I have extensive experience working undercover to substantiate illegal conduct or other wrongdoing. My training includes certificates from the California Commission on Peace Officer Standards and Training (#S-B 5698) and the Orange County Sheriff-Coroner Department, where I completed the requirements of Penal Code § 832. I have also completed other training courses, such as the California Department of Consumer Affairs—Investigation Techniques, and the California Department of Justice—Testimony Skills Workshops.

3.    As a U.S. citizen born in Viet Nam, I am a member of the Vietnamese community and am fluent in Vietnamese. I am often retained to investigate persons and businesses in the Vietnamese community in Orange County. I have experience and connections in the nail products industry, which thrives in this community and in similar communities in California and the United States. I have a business and a reseller's license, which enables me to effectively investigate supply stores.

4.    Based on my experience, the Vietnamese community in general, and the nail products industry in particular, includes a network of unregistered and side businesses working outside traditional avenues of commerce, which hinders investigations into such businesses. It has been my experience in investigating businesses in this community and in the nail industry that when targets receive prior notice of a lawsuit or law enforcement activity, evidence of wrongdoing becomes particularly difficult to obtain by means other than search warrants or seizure order.

Business records and communications that would normally exist, showing the operations of the business, disappear or cannot be located. Word travels fast within the community, which works to protect the businesses and residents therein.

5.     I was retained by counsel for Hand & Nail Harmony, Inc. ("Harmony"), the manufacturer of GELISH® brand nail products, to investigate counterfeit products being manufactured, distributed and/or sold in Garden Grove, Westminster and the City of Industry. I have personal knowledge of the facts in this declaration and in my two attached investigation reports.

6.     At different times from May 2 to May 18, 2016, I frequented different businesses that manufacture, distribute or sell professional nail products in Garden Grove, Westminster and the City of Industry. I was provided information to distinguish authentic GELISH Foundation (which is often sold with GELISH Top it Off) from counterfeit "GELISH" Foundation based on identification codes and other markers on the bottle.

7.     Attached as Exhibit "1" is a true and correct copy of my Report of Investigation dated May 13, 2016, which I sent to Harmony and certify here is accurate based on my own personal knowledge, information and belief.

8.     Attached as Exhibit "2" is a true and correct copy of my Supplemental Report of Investigation dated May 19, 2016, which I sent to Harmony and certify here is accurate based on my own personal knowledge, information and belief.

9.     Attached as Exhibits "3" through "6" are images of counterfeit "GELISH" Foundation I purchased from the listed companies as part of my investigation. I frequented some of the companies multiple times to confirm that the distribution of counterfeit merchandise was not an isolated incident, but constituted reoccurring business of the distributor.

10.     As described in my reports, it is and was clear to me that the targets of my initial and continuing investigation, including one salon owner, knew that the merchandise they were selling or purchasing was not authentic, but fake "GELISH"

3

DECLARATION OF JIM PHAN

53219036.2

product.  I attempted to set up sting operations by offering to order large quantities of counterfeit product, but apparently my references were not to the satisfaction of the counterfeiters, who initially accepted the business proposals.

11.     Based on my experience in the industry and in the community, and based on my personal observations of the subject businesses, I do not believe that, without a seizure order or search warrant, there is much, if any, chance of obtaining financial or business records or other credible information regarding the source of the counterfeit products, the quantities of counterfeit products sold to the supply stores and purchased by salon owners or nail technicians.  Rather, based on my experience, unregistered businesses like "A B C Nail & Spa Products" often quickly close down and resurface under new names and at new locations.

I declared under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this ___ day of May, 2016, in Garden Grove, California.

DATED:                                                       See Next Page
                                                             Jim Phan

53219036.2

1  product. I attempted to set up sting operations by offering to order large quantities
2  of counterfeit product, but apparently my references were not to the satisfaction of
3  the counterfeiters, who initially accepted the business proposals.

4      11.    Based on my experience in the industry and in the community, and
5  based on my personal observations of the subject businesses, I do not believe that,
6  without a seizure order or search warrant, there is much, if any, chance of obtaining
7  financial or business records or other credible information regarding the source of
8  the counterfeit products, the quantities of counterfeit products sold to the supply
9  stores and purchased by salon owners or nail technicians. Rather, based on my
10  experience, unregistered businesses like "A B C Nail & Spa Products" often
11  quickly close down and resurface under new names and at new locations.

12      I declared under the penalty of perjury under the laws of the United States of
13  America that the foregoing is true and correct. Executed on this ___ day of May,
14  2016, in Garden Grove, California.

15

16  DATED: THURSDAY , MAY 19 , 2016                     Jim Phan
17                                                    Jim Phan

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

VIET NAM PRIVATE INVESTIGATION
PRIVATE INVESTIGATION LICENSE NO. 26115
14371 South Euclid Street, Suite 2-B
Garden Grove, California 92843
Email: jimphan2015@gmail.com
Cellular Phone: [714] 654-1936

# REPORT OF INVESTIGATION

CASE NUMBER:   Pending            DATE OF REPORT:      May 13, 2015

## SYNOPSIS

On Friday, April 29, 2016, I was retained to investigate the selling of counterfeit Foundation (aka base coat) and Top It Off (aka top coat) "Gelish" in nail supply stores in Southern California. I was given material from which I could identify counterfeit "Gelish" Foundation, which is often sold with the top coat. I purchased counterfeit Gelish Foundation from several nail supply stores in Orange County. My investigation confirmed that four stores are selling counterfeit product and one manufacturer is producing counterfeit Foundation and Top It Off "Gelish" product. The followings are the details of the investigation.

## Gel Nail Supply

On Monday, May 02, 2016, at 5:23 p.m., I drove to Gel Nail Supply, which is located at 14014 Magnolia Street #105, Westminster, California 92683. I walked inside the store and met a Vietnamese female. I asked to purchase Gelish Top It Off (aka top coat) and Foundation (aka base coat). She showed me two bottles and I inspected the bottom of both bottles. I confirmed that the bottle of Foundation (aka base coat) was a counterfeit I told her that I wanted to purchase the bottle of Foundation (aka base coat) and she charged me eleven dollars ($11.00). The picture and receipt is in the Gel Nail Supply folder.

On Wednesday, May 11, 2016, I stopped by again. When I walked in I met with the Vietnamese female owner who identified herself as Mimi. I saw on the shelf that she had approximately twenty bottles of Foundation (aka base coat). After inspection, I discovered that some bottles were counterfeit, and I took a picture of a counterfeit bottle, which is in the folder. Mimi told me that she would have another shipment arriving on Friday, May 13, 2016. I asked her if I could take a picture of the (counterfeit) Foundation (aka base coat). She answered "Yes." She told me that she would call me. She wrote her cell phone on the store business card for me and told me to call her if I do not hear from her.

## V & V Beauty Supplies

On Wednesday, May 04 2016, at 5:20 p.m., I drove to V & V Beauty Supplies, which is located at 9713 Bolsa Avenue, Westminster, California, 92683. I walked inside the store and met a Vietnamese female who told me that her name is Xuan LAM. I asked to purchase Gelish Top It Off (aka top coat) and Foundation (aka base coat), which were kept behind the counter. Xuan LAM showed me two bottles and I inspected the bottles. I confirmed that the bottle of Foundation (aka base coat) was a counterfeit. I told her that I wanted to purchase the bottle of Foundation (aka base coat) and she charged me twelve dollars ($12.00). The picture and receipt is in the V & V Beauty supplies folder.

VIET NAM PRIVATE INVESTIGATION (26115)
Counterfeit Gelish

## Val Gel Polish Manufacture

On Thursday, May 05, 2016, I drove to Val Gel Polish Manufacture, which is located at 17005 Evergreen Place, Unit C, City of Industry, California, 91745. I arrived at the above location at 12:05 p.m. I knocked on the door, but no one was inside the office. I waited for someone to return from lunch. I saw two vehicles parked in front of the building and took a picture of each vehicle. I conducted a vehicle registration check. The first vehicle is a 2015 BMW (California license plate number 7KEF526) and it is registered to USA Manufacture Inc. or Zhen Lijuan. A second vehicle is a 2003 Audi and it is registered to Tan Yong.

At 1:42 p.m., I saw an SUV drive towards the above building and park in front of the office. I exited my vehicle and walked towards them. I took several pictures while walking. I walked up to the front door and saw a young Asian female. She invited me to step in and introduced herself as Iris Zhen, Manager and Chemist. A male accompanying her identified himself as Felix Tseng, Sale Representative. Iris Zhen told me to go with Felix Tseng. He led me to a conference room and told me his company would manufacture whatever I need. I told him I wanted to purchase Gelish. Felix Tseng asked me how many bottles I needed to order. I told him that I needed one thousand two hundred (1,200) bottles for each of the one hundred (100) colors, thirty five thousand (35,000) bottles of Top It Off (aka top coat), and fifteen thousand (15,000) bottles of Foundation (aka base coat). Felix Tseng told me that he charged two dollars sixty cents ($2.60) for every bottle of color polish whereas Top It Off (top coat) and Foundation (base coat) is two dollars fifty-three cents ($2.53) for each bottle. The price of a custom bottle is forty-five cents ($0.45) per bottle. The Val Gel Polish bottle, in contrast, is only thirty-five cents ($0.35) per bottle. Labeling costs fifteen cents ($0.15) per bottle he said. I asked Felix Tseng if his company could manufacture product in Gelish bottles, and he answered "Yes." Felix Tseng left the conference room and came back with two bottles. The bottles of Top It Off (aka top coat) and Foundation (aka base coat) looked exactly like those of Hand & Nail Harmony, Inc. (Harmony). I asked to see the color bottle, but he told me that he did not have a sample. However, he told me that if I placed an order he would order the bottles and show them to me. Felix Tseng told me that the company requires thirty-five percent (35%) down. He assured me that the aforementioned price included everything. He further promised that the final bottle would look exactly like the bottles that he had shown me. I requested to look at their manufacturing facility equipment. Felix Tseng left the room and went to Iris Zhen's office. He returned to the conference room with Iris Zhen who told me that she would make an exception for me even though they do not show customers their facility normally. We left the conference room and walked to the back. Iris Zhen pointed to a machine and told me "this is for labeling and filling." She walked to the adjacent room, which was the color/product mixing lab. She informed me that each of the machines could fill fifteen thousand bottles. Afterwards, we walked back to the conference room where Iris Zhen told me that Felix Tseng would prepare the contract before leaving the room. Felix Tseng gave me a catalog and told me that they wanted to meet at my office to sign the contract because they would be in Orange County. I thanked him and told him that I would text him my office address. At 5:17 p.m., Felix Tseng texted me and ask me for the company name and address, and I then texted to him the information that he requested. Harmony had arranged office space for me to operate. At 6:04 p.m., I received another text message from Felix Tseng. He informed me that he and Iris Zhen had discussed the project with the CEO and that they could not take the project. The picture of the aforementioned facility is in the folder labeled "Val USA."

53219037.1

VIET NAM PRIVATE INVESTIGATION (26115)
Counterfeit Gelish

## Vip Nail Product Inc.

On Wednesday, May 11, 2016 at 4:21 p.m., I drove to Vip Nail Products Inc., located at 12771 Pala Drive, Garden Grove, CA. I walked inside the office where a Vietnamese female sitting in the office told me that any employees in the customer room would help me. I walked to the customer room and met with Emmy. I asked to purchase Gelish Top It Off (aka top coat) and Foundation (aka base coat). Emmy told me that each bottle cost thirteen dollars and ninety-five cents ($13.95). I asked Emmy to see the bottle, I inspected it and confirmed that the bottle of Foundation (aka base coat) was a counterfeit. I told Emmy that I wanted to purchase a bottle of Gelish Foundation (aka base coat) to send to my customer. I asked her if her company had enough to sell to me if my customer wanted to purchase approximately fifteen thousand bottles (15,000). Emmy told me that she would check and call me back to let me know. I left my number and paid for the Gelish Foundation (aka base coat). The picture and receipt is in the Vip folder.

I checked with the city of Garden Grove. The above business is registered and the owners are Cindy TRINH and Lindside PHAM. It is a wholesale company, not a supply store.

## A B C Nail & Spa Products

On Friday, May 06, 2016 at 11:00 a.m., I drove to A B C Nail & Spa Products, which is located at 14841 Dillow Street, Westminster, California, 92683. I walked inside the store and met a Vietnamese female who told me her name is Chau. I asked to purchase Gelish Top It Off (aka top coat) and Foundation (aka base coat), which were kept behind the counter. Chau showed me two bottles and I inspected the bottles. I confirmed that the bottle of Foundation (aka base coat) was a counterfeit. I told her that I wanted to purchase the Foundation (aka base coat). She charged me ten dollars ($10.00). The picture and receipt is in the A B C Nail & Spa Products folder.

On Wednesday, May 11, 2016, at 5:11 p.m., I drove back to A B C and I found that the store had more counterfeit bottles of Foundation (aka base coat). I took pictures and left the location. The pictures are in the folder.

Investigator Phan declares that all the foregoing is true and correct to the best of his knowledge and that this report was executed on Friday, May 13, 2016 Garden Grove, California 92843

### SIGNATURE BLOCKS:

Jim Phan                                          Date          05/13/2013
Jim Phan Investigator #26115

3 of 3

53219037.1

1  **POLSINELLI LLP**
   Todd M. Malynn (CA Bar No. 181595)
2  Adam P. Daniels (CA Bar No. 269466)
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone:  310.556.1801
4  Facsimile:  310.556.1802
   Email:      tmalynn@polsinelli.com
5
   *Attorneys for Plaintiffs*
6  HAND & NAIL HARMONY, INC.,
   NAIL ALLIANCE, LLC
7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10
   HAND & NAIL HARMONY, INC., a          Case No.
11 California corporation, NAIL
   ALLIANCE, LLC, a Delaware             **DECLARATION OF JIM PHAN**
12 corporation,                          **IN SUPPORT OF *EX PARTE***
                                         **APPLICATION FOR: (A) ENTRY**
13                Plaintiffs,            **OF TEMPORARY**
                                         **RESTRAINING ORDER AND**
14        v.                             **SEIZURE ORDER; (B) ORDER**
                                         **TO SHOW CAUSE RE**
15 ABC NAIL AND SPA PRODUCTS, a          **PRELIMINARY INJUNCTION;**
   California business; GEL NAIL         **(C) A SUBSTITUTE CUSTODIAN**
16 SUPPLY, a California business; VAL    **ORDER; AND (D) AN ORDER**
   USA MANUFACTURER, INC. (a.k.a.,       **FOR EXPEDITED DISCOVERY**
17 Val Gel Polish Manufacture), a
   California corporation; VIP NAIL
18 PRODUCT, INC., a California           **FILED UNDER SEAL**
   corporation; V&V BEAUTY SUPPLIES,     **PURSUANT TO 15 U.S.C. § 1116**
19 a California business; NAIL LOUNGE    **(d)(8)**
   LLC, a Nevada business; TODAY NAIL
20 (a.k.a., Nails Today), a Nevada business;
   HOLLYWOOD BEAUTY SUPPLY, a
21 Nevada business; MT BEAUTY
   SUPPLY, a South Carolina business;
22 NAIL MARK'S, a Florida business;
   A&A NAIL SUPPLY, a Nebraska
23 business; XUAN THI LAM; CHAU THI
   NGOC LE; ANH Q. LE; IRIS ZHEN;
24 FELIX TSENG; CINDY TRINH;
   LINDSIDE PHẠM; BRYAN TRAN;
25 HAI T. NGUYEN; BAO TOAN LE; and
   DOES 1 through 100, inclusive,
26                Defendants.

27     I, Jim Phan, declare:

28     1.      I am a licensed  private  investigator  (PI No. 26115), and have been

53219036.2

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

working as a private investigator for eight years. I also am an instructor at the Viet Nam Automotive and Criminal Law Justice Institution, where I have been working for over eight years. I am a former peace officer (Criminal Investigator) for the State of California (Department of Motor Vehicle Investigation Division). While working for the State of California, I wrote over one hundred search warrants, telephone/anticipatory search warrants, and arrest warrants. I made or participated in over hundred arrests and probable cause arrests. I have written over hundred investigation reports, and I have interviewed victims, witnesses and defendants.

2.      I have extensive experience working undercover to substantiate illegal conduct or other wrongdoing. My training includes certificates from the California Commission on Peace Officer Standards and Training (#S-B 5698) and the Orange County Sheriff-Coroner Department, where I completed the requirements of Penal Code § 832. I have also completed other training courses, such as the California Department of Consumer Affairs—Investigation Techniques, and the California Department of Justice—Testimony Skills Workshops.

3.      As a U.S. citizen born in Viet Nam, I am a member of the Vietnamese community and am fluent in Vietnamese. I am often retained to investigate persons and businesses in the Vietnamese community in Orange County. I have experience and connections in the nail products industry, which thrives in this community and in similar communities in California and the United States. I have a business and a reseller's license, which enables me to effectively investigate supply stores.

4.      Based on my experience, the Vietnamese community in general, and the nail products industry in particular, includes a network of unregistered and side businesses working outside traditional avenues of commerce, which hinders investigations into such businesses. It has been my experience in investigating businesses in this community and in the nail industry that when targets receive prior notice of a lawsuit or law enforcement activity, evidence of wrongdoing becomes particularly difficult to obtain by means other than search warrants or seizure order.

53219036.2

Business records and communications that would normally exist, showing the operations of the business, disappear or cannot be located. Word travels fast within the community, which works to protect the businesses and residents therein.

5.     I was retained by counsel for Hand & Nail Harmony, Inc. ("Harmony"), the manufacturer of GELISH® brand nail products, to investigate counterfeit products being manufactured, distributed and/or sold in Garden Grove, Westminster and the City of Industry.  I have personal knowledge of the facts in this declaration and in my two attached investigation reports.

6.     At different times from May 2 to May 18, 2016, I frequented different businesses that manufacture, distribute or sell professional nail products in Garden Grove, Westminster and the City of Industry.  I was provided information to distinguish authentic GELISH Foundation (which is often sold with GELISH Top it Off) from counterfeit "GELISH" Foundation based on identification codes and other markers on the bottle.

7.     Attached as Exhibit "1" is a true and correct copy of my Report of Investigation dated May 13, 2016, which I sent to Harmony and certify here is accurate based on my own personal knowledge, information and belief.

8.     Attached as Exhibit "2" is a true and correct copy of my Supplemental Report of Investigation dated May 19, 2016, which I sent to Harmony and certify here is accurate based on my own personal knowledge, information and belief.

9.     Attached as Exhibits "3" through "6" are images of counterfeit "GELISH" Foundation I purchased from the listed companies as part of my investigation.  I frequented some of the companies multiple times to confirm that the distribution of counterfeit merchandise was not an isolated incident, but constituted reoccurring business of the distributor.

10.     As described in my reports, it is and was clear to me that the targets of my initial and continuing investigation, including one salon owner, knew that the merchandise they were selling or purchasing was not authentic, but fake "GELISH"

3
DECLARATION OF JIM PHAN

product. I attempted to set up sting operations by offering to order large quantities of counterfeit product, but apparently my references were not to the satisfaction of the counterfeiters, who initially accepted the business proposals.

11. Based on my experience in the industry and in the community, and based on my personal observations of the subject businesses, I do not believe that, without a seizure order or search warrant, there is much, if any, chance of obtaining financial or business records or other credible information regarding the source of the counterfeit products, the quantities of counterfeit products sold to the supply stores and purchased by salon owners or nail technicians. Rather, based on my experience, unregistered businesses like "A B C Nail & Spa Products" often quickly close down and resurface under new names and at new locations.

I declared under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __ day of May, 2016, in Garden Grove, California.

DATED:                                            See Next Page
                                                  Jim Phan

53219036.2

1   product. I attempted to set up sting operations by offering to order large quantities

2   of counterfeit product, but apparently my references were not to the satisfaction of

3   the counterfeiters, who initially accepted the business proposals.

4        11.     Based on my experience in the industry and in the community, and

5   based on my personal observations of the subject businesses. I do not believe that,

6   without a seizure order or search warrant, there is much, if any, chance of obtaining

7   financial or business records or other credible information regarding the source of

8   the counterfeit products, the quantities of counterfeit products sold to the supply

9   stores and purchased by salon owners or nail technicians. Rather, based on my

10   experience, unregistered businesses like "A B C Nail & Spa Products" often

11   quickly close down and resurface under new names and at new locations.

12        I declared under the penalty of perjury under the laws of the United States of

13   America that the foregoing is true and correct. Executed on this __ day of May,

14   2016, in Garden Grove, California.

15

16   DATED: THURSDAY , MAY 19 , 2016                      ~~Jim Phan~~
                                                          Jim Phan

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 2

VIET NAM PRIVATE INVESTIGATION
PRIVATE INVESTIGATION LICENSE NO. 28115
14371 South Euclid Street, Suite 2-B
Garden Grove, California 92843
Email: jimphan2015@gmail.com
Cellular Phone: (714) 654-1938

# SUPPLEMENTAL REPORT OF INVESTIGATION

CASE NUMBER:   Pending             DATE OF REPORT:     May 19, 2015

## SYNOPSIS

On Saturday, May 14, 2016, I received information from my Confidential Informant (aka CI) that A B C Nail & Spa Products had received a large shipment of Gelish Top It Off (aka top coat) and Foundation (aka base coat). Based on my experience in the past as an undercover Investigator, items will be shipped by United Parcel Service (aka UPS) or delivered to the wholesale stores. The followings are the details of my further investigation.

## A B C Nail & Spa Products

On Monday, May 16, 2016 at 6:27 p.m., I drove to A B C Nail & Spa Products, which is located at 14841 Dillow Street, Westminster, California, 92683. I took pictures of a Mercedes-Benz E350 (California license plate number 6GQP933) parked outside and checked the vehicle registration information. I confirmed that it is a 2009 Mercedes Benz E-350 and that it is registered to Xuan Thi LAM. I walked into the store and saw two Vietnamese males, a female, and a male child, and several boxes of product. The Vietnamese male and the female were inspecting the bottoms of Foundation (aka base coat) while the other male Vietnamese stood and watched. The Vietnamese male I learned is the husband of the female. I later identified the other man as a new employee for A B C Nail & Spa. While he inspected the Foundation (aka base coat) bottles, I looked over his shoulder and I recognized that the bottles were counterfeit. I estimated that there were about two hundred eighty-eight (288) bottles in the boxes. I asked the Vietnamese male why he was looking at the bottom of the bottle and he told me that he wanted to make sure that it had 2016 printed. I asked him if he could show me what it looked like because I had a customer that wanted to buy the same product. He told me to talk to the owner (Chau). The Vietnamese male placed two boxes of Foundation (aka base coat) and Top It Off (aka top coat) on the hand truck, pushed it outside, and loaded into the above vehicle. When he returned to the store, he told the Vietnamese female to pay for the items. He and his wife counted the money and handed it to the other Vietnamese male. After he left, I asked the Vietnamese male (employee) if I could inspect the product and he told me that I would have to call Chau before he could show it to me. I saw that there were six to seven boxes left. The Vietnamese male told me that he had to close the store and that I could return tomorrow morning to talk to Chau. I thanked him and left the location.

On Tuesday, May 17, 2016, at 10:47 a.m., I returned to the above location and saw an Audi Q5 (California license plate number 7KIU025) parked outside. I took pictures of the car and I checked the vehicle registration information. I confirmed that it was a 2015 Audi and that it is leased to Hung PHAM or Chau Thi Ngoc LE. I proceeded into the store and met with Chau. I

VIET NAM PRIVATE INVESTIGATION (26115)
Counterfeit Gelish

asked her if she just had a large shipment come in and I told her that I wanted to buy the Foundation (aka base coat). Chau told me that she could not sell them to me because the shipments were for customers that pre-ordered and deposited money. She told me that I would also have to pre-order and deposit five hundred dollars ($500.00). I agreed and told her that I needed to inspect the items that she currently had in her store before I signed a check. Chau refused to show it to me and asked me for the location of my office. I told her that my office is located in Irvine. I told Chau that she could visit my office and that I would text her the address later as I had no more business cards. Chau told me that she changed her mind and that she did not want to do business with me. She asked me to leave her business. I thanked her and left the location. The pictures of the vehicles are in A B C Nail & Spa Products folder.

### Gel Nail Supply

On Tuesday, May 17, 2016, at 11:26 a.m., I drove to Gel Nail Supply store located on Brookhurst Street in the city of Garden Grove. I saw Mimi from Gel Nail Supply picking up some nail supplies. I later identified Mimi as Anh Le. I talked to her as she was loading nail supplies into her 2005 Lexus LX470. I took pictures of her vehicle. When I later checked the vehicle registration, the Department of Motor Vehicles showed that the car was registered to Anh Q. LE. The picture of the vehicle is in Gel Nail Supply folder.


Investigator Phan declares that all the foregoing is true and correct to the best of his knowledge and that this report was executed on Thursday, May 19, 2016 Garden Grove, California 92843


### SIGNATURE BLOCKS:


Jim Phan Investigator #26115                    Date:          05/19/2013

EXHIBIT 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

# EXHIBIT 3

## PHOTOGRAPHS FROM ABC NAIL & SPA

 

 

EXHIBIT TO DECLARATION OF JIM PHAN

53219036.2

EXHIBIT 4

## EXHIBIT 4

## PHOTOGRAPHS FROM GEL NAIL SUPPLY








Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

53219036.2

EXHIBIT TO DECLARATION OF JIM PHAN

EXHIBIT 5

1

## EXHIBIT 5

2

## PHOTOGRAPHS FROM V&V BEAUTY SUPPLIES

3

4

5

 

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

EXHIBIT TO DECLARATION OF JIM PHAN

53219G36.2

EXHIBIT 6

## EXHIBIT 6

### PHOTOGRAPHS FROM VIP NAIL PRODUCT







Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

53219036.2

EXHIBIT TO DECLARATION OF JIM PHAN