**POLSINELLI LLP**
Todd M. Malynn (CA Bar No. 181595)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC and NAIL
ALLIANCE – ARTISTIC, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada Business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; A&A NAIL SUPPLY, a Nebraska Business; MT BEAUTY SUPPLY, a South Carolina business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SA CV16-00969 DOC(JEMx)<br><br>**PROOF OF SERVICE**<br><br>**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |

PROOF OF SERVICE

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On May 27, 2016, I served the following documents in the manner described below:

**FILED UNDER SEAL: COMPLAINT FOR TRADEMARK INFRINGEMENT, COUNTERFEITING AND UNFAIR COMPETITION; AND**

**FILED UNDER SEAL: PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR (A) ENTRY OF A TEMPORARY RESTRAINING ORDER AND SEIZURE ORDER; (B) AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; (C) A SUBSTITUTE CUSTODIAN ORDER; AND (D) AN ORDER FOR EXPEDITED DISCOVERY; AND**

**FILED UNDER SEAL: PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR: (A) ENTRY OF TEMPORARY RESTRAINING ORDER AND SEIZURE ORDER; (B) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; (C) A SUBSTITUTE CUSTODIAN ORDER; AND (D) AN ORDER FOR EXPEDITED DISCOVERY**

[USDC CENTRAL CALIFORNIA CASE NO. SA CV16-00969 DOC (JEMX)]

☑ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

On the following part(ies) in this action:

> United States District Attorney
> United States Department of Justice
> Central District of California
> 312 North Spring Street, Suite 1200
> Los Angeles, California 90012
> Telephone: (213) 894-2400

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on May 27, 2016 at Los Angeles, California.

_/s/ Christine Hess_
Christine Hess