**POLSINELLI LLP**
Todd M. Malynn (CA Bar No. 181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

ORIGINAL

FILED 2016 JUN -8 PM 3:33 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA. SANTA ANA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; MT BEAUTY SUPPLY, a South Carolina business; NAIL MARK'S, a Florida business; A&A NAIL SUPPLY, a Nebraska business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV 16-00969 DOC (JEMx)<br><br>**SUPPLEMENTAL DECLARATION OF GARIDAWN TINGLER IN SUPPORT OF EX PARTE APPLICATION FOR (A) A TEMPORARY RESTRAINING ORDER, (B) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND (C) EXPEDITED DISCOVERY**<br><br>**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

SUPPLEMENTAL DECLARATION OF GARIDAWN TINGLER

53315953.1

I, GariDawn Tingler, declare:

1. I am the Vice President of Hand & Nail Harmony, Inc. ("Harmony") and the managing member of Nail Alliance LLC ("Nail Alliance") (collectively, "Plaintiffs"). I submit this supplemental declaration in addition to my initial Declaration (Dkt. 8) filed on May 26, 2016 to show additional facts and documentary evidence arising from our ongoing investigation. This supplemental declaration is submitted in support of Plaintiffs' effort to obtain a temporary restraining order ("TRO") a preliminary injunction, and to expedite discovery against a multistate network of counterfeiting activity that continues to cause irreparable harm to Plaintiffs business.

2. I have been in the professional nail products industry for over thirty years. I am a licensed beautician and certified instructor in the state of Missouri, and worked as a nail technician and an educator for a beauty college from 1987 to 1993. From 1990 to the present, I have owned and operated a professional nail products supply store called Nail Tech Supply, Inc. In 1993, I was asked by Danny Haile and David Daniels to create and run an education division for their company GHD Enterprises, Inc., d/b/a EZ Flow Nail Systems, which manufactured professional nail products, which I did until we sold the company in 2003. After my covenant not to compete expired, I joined with Messrs. Haile and Daniel to launch Harmony and its flagship GELISH brand products—products that have revolutionized the nail industry. I am currently responsible for nail technician training worldwide for the family of Nail Alliance products and brands, including GELISH brand products. In my professional career, I have gained personal knowledge and experience with cheap, low-quality products manufactured and imported from China, including counterfeit products, and the plague they cause in the professional nail products industry and risks of harm to consumers.

3. I have personal knowledge of the facts in this declaration, and/or have prepared or reviewed business records kept in the ordinary course disclosing and

further supporting the facts contained herein, and my opinions are based on my years of experience in the professional nail products industry. If called as a witness, I could and would testify competently to these facts and my opinions.

## **LOW-QUALITY PRODUCTS FROM CHINA**

4. Based on my experience in the nail industry, including owning and operating two different manufacturing businesses and directing several enforcement actions against competitors selling low-quality Chinese products (*e.g.*, Exhibits 1 and 3 to my initial Declaration (Dkt. 8)), as well as published reports in the nail industry (*e.g.*, Exhibit 1 to the Declaration of Sunil Sirdesai), manufacturers in China mislabel their goods, ignore safety standards, and flood European and U.S. markets with low-quality nail products. The Chinese government does not follow or enforce the same standards imposed on companies in the United States or Europe. Rather, restricted ingredients with high irritation profiles are found and included in nail products manufactured in China, especially nail products that try to mimic or achieve the performance of a high-quality product.

5. Perhaps the most renowned safe-haven for manufacturers engaged in such counterfeiting activity is the Guangzhou Province in China. Businesses trafficking counterfeit products and operating as fronts for cosmetic manufacturers are given bogus, back-street alley addresses, which Harmony learned in 2012, when Harmony attempted to serve defendants in China through the Hague Convention in an enforcement action – *Hand & Nail Harmony, Inc. v. Guangzhou Shun Yan Cosmetics Co.*, No. 2:12-cv-01212-JCM-PAL (D. Nev. Jun 09, 2012).

6. Since GELISH brand gel polish revolutionized the nail products industry, Harmony has faced ever increasing and sophisticated efforts by Chinese manufacturers to trade-off and leverage the goodwill and reputation of Harmony brand products. Harmony actively protects its goodwill, reputation, and brand name, as demonstrated by prior successful efforts to stop Chinese manufactured products that (a) copied Harmony's patent-protected bottle for its gel polish and (b)

used confusingly similar marks for their products. For example, Harmony has successfully (i) seized counterfeit products on multiple occasions through U.S. Customs at ports in the United States; (ii) repeatedly seized counterfeit products through law enforcement during the nail product industry's largest trade show in Las Vegas in 2012, 2014 and 2015; (iii) successfully prosecuted a common carrier (TNT USA, Inc.) for repeatedly transporting spurious products into the United States from the same source in China, Guangzhou Cocome Cosmetics Co., in an action styled *Hand & Nail Harmony, et al. v. Lenguyen, et al.*, 2013 WL 7389424, SACV 13-1021 JLS (RNBx) (C.D. Cal); and (iv) successfully seized products and shut down an Internet website selling products with confusingly similar marks using Harmony's patent-protected bottle in an action styled *Hand & Nail Harmony, Inc., et al. v. GNC Nail Supply, LLC, et al.*, CIV-15-467-C (W.D. Okl.).

7. Not deterred by these enforcement efforts, Plaintiffs' GELISH brand is being attacked and used by a network of counterfeiters in a new wave of wrongdoing. GELISH brand foundation and top coat—which are sold in a readily recognized bottle similar to Harmony's patent-protected bottle—have become targets for counterfeiting activity. While Harmony's GELISH brand products have been the target of cheap, knock-off products from China with marks that are likely to cause confusion, this is the first time I am aware that a Chinese manufacturer duplicated Harmony's labeling, including express representations to consumers that the products originate from "Hand & Nail Harmony, Brea, CA 92821," and that the contents of the products—whether gel polish or, in this case, foundation or top coat—are "Made in U.S.A.," to falsely designate source or origin and deceive consumers into buying product from China under the GELISH label.

8. Attached as Exhibit "1" is an image of a representative counterfeit Chinese product – here, purported Gelish® Foundation – purchased from V&V Beauty. As shown, the counterfeit product includes Harmony's labeling with the express representations discussed above. The counterfeit product shown in Exhibit

1 is a representative example of the numerous counterfeit products Harmony has obtained in controlled purchases, each having identical and/or substantially identical counterfeit labeling to that shown in Exhibit 1.

9. Based on my manufacturing experience in the nail industry, the number and precision of the identical and/or substantially identical markers in the labeling of the counterfeit product, including replicated errors, indicates the counterfeit products originate from the same source or a small number of manufacturers acting in concert. Consistent with the foregoing, an anonymous confidential informant confirmed there is a common source for the counterfeit product from China that is working through master-type distributors, which are selling counterfeit product at deeply discounted prices in the United States.

10. Based on our investigation, which includes work performed by Jim Phan, a private investigator, as well as informants who wish to remain anonymous, it appears that the counterfeit product is not shipping directly from the manufacturer in China. Rather, the counterfeit product is entering the U.S. market and passing U.S. Customs in GELISH brand looking bottles and/or is being shipped separately from China, filled in bottles and mislabeled in North America, then drop shipped and sold through a multistate network of supply stores in the United States.

11. I have inspected the contents of a bottle of the counterfeit foundation recently purchased from Quality Beauty Supply in Kansas City, Missouri. I was immediately assailed by a foul gasoline/burnt plastic smell. Based on my years of experience in the professional nail products industry, the smell is an indication that the ingredients are not cosmetic grade and risk potential harm to consumers, particularly to a consumer's skin if a nail technician is not careful in application. I would never let my daughters use a nail product with such an indicative odor.

### IRREPARABLE HARM

12. The nail industry operates and is driven by independent distributors who carry or have access to multiple brands and can negotiate exclusive

relationships and territories. Manufactures compete for patronage of such independent distributors and maintain business relationships with these distributors based on goodwill, reputation, and brand name of their products. Counterfeit products undercut healthy and fair competition within the nail industry and unduly pressure independent distributors to sell alternative cheaper products. Counterfeiting activity poses a significant threat and harms these business relationships as it reduces and diminishes the value of a brand.

13. In or around April of 2016, Harmony received complaints from authorized distributors regarding the proliferation of counterfeit products harming their sales. As recently as June 3, 2016, one of Harmony's master distributors, Nail Tech. Supply Inc., met with one of its sub-distributors, Allure Nail Supply in Kansas City, Missouri, to discuss a decrease of $70,000 in 2016 sales, mostly occurring in the last two months. As a result of the meeting, Nail Tech. Supply Inc. discovered a large portion of the decrease in sales (reportedly more than 60% of the decrease) was being attributed to the recent counterfeit activities.

14. The nail products industry is highly competitive – typically, it takes years to develop a strong reputation, goodwill, and consumer loyalty for a brand name. In my experience in the industry, the opposite is not, or not necessarily, the case: demand for the brand name suffers immediate and significant harm when there are product recalls or repeated complaints about product quality or inferior performance. Accordingly, customer complaints are viewed by Plaintiffs and other reputable manufacturers of high-quality nail products as extremely detrimental to their goodwill and reputation.

15. Harmony has received multiple reports of complaints from confused consumers, nail technicians, and salon owners regarding the poor quality of the counterfeit product, which they learned they were duped into purchasing. I followed up with one salon owner in Beverly Hills on June 2, 2016, regarding complaints he received after purchasing fake foundation off EBay at a deeply

discounted price. I was informed that nail technicians complained that the resulting finish was "brittle" and cracked within days, and even "burned" one of their consumers. After confirming that the product purchased off EBay was not genuine GELISH Foundation from the identification codes on the bottles, I responded that the fake product should be reported, and refunded. Attached as Exhibit "2" are screen shots from EBay.com evidencing the purchase and subsequent refund.

16. These are not isolated incidents. In Orange County alone, our investigation has located multiple distributors selling counterfeit product, including ABC Beauty, Gel Nail, VIP Nail, and V&V Beauty Supplies. Similarly, counterfeit product using the same fake labels was found in three stores in Las Vegas, Nevada (Hollywood Beauty Supply, Nail Lounge, and Today Nail). As mentioned, not only have we purchased fake product in Kansas City, Missouri, we have received reports of fake products in Texas, Nebraska, South Carolina, and Florida.

I declared under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 7th day of June, 2016, in Gladstone, Missouri.

GariDawn Tingler

**EXHIBIT 1**



**IMAGE OF COUNTERFEIT PRODUCT PURCHASED FROM V&V BEAUTY SUPPLIES**

**EXHIBIT 2**

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact

My eB

**ebay** | Shop by category | Search... | All Categories ▼

Back to search results | Listed in category: Health & Beauty > Nail Care, Manicure & Pedicure > Nail Polish
Health & Beauty > Nail Care, Manicure & Pedicure > Gel Polish > See more Gelish Harmony Soak Off Foundation Base Coat f...



Mouse over image to zoom

Have one to sell?  Sell now

### Nail Harmony Gelish Foundation UV Soak Off Gel Base Gel 0.5flo

11 ratings

Item condition: New

Quantity: 1    More than 10 available

Price: **US $11.89**    Buy It Now

Add to cart

2 watching    Add to watch list
Add to collection

Free shipping    New condition    Located in United States

Shipping: FREE Standard Shipping | See details
Item location: Southfield, Michigan, United States
Ships to: Worldwide

Delivery: Estimated between Fri. Jun. 10 and Wed. Jun. 15

Payments: 
Credit Cards processed by PayPal

Get more time to pay. Apply Now | See Terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller Information**
pegasstar (2337 )
99.2% Positive feedback

☐ Follow this seller

Visit store:  BioMedLi
See other items

### People who viewed this item also viewed


NEW Harmony Gelish
NAIL Foundation UV...
**$11.25**
Buy It Now or Best offer
Free shipping


Gelish Harmony UV
Soak Off Gel Top It...
**$8.99**
Buy It Now
Free shipping


Nail Harmony GELISH
Foundation UV Soa...
**$6.50**
0 bids
+ $1.27


Nail Harm
TOP IT OF
**$11.99**
Buy It Now
Free shipp

Fee

| Description | Shipping and payments |

eBay item nu

Seller assumes all responsibility for this listing.
Last updated on  Jun 07, 2016 04:43:23 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more | Brand: | Harmony |
| Type: | Soak-Off Base Gel | Color: | Clear |
| UPC: | 812803012452 | | |

BioMedLine

Visit my eB


Sign up for newsletter

Natural Supplements | Multi Vitamins | Oral Care | Effective Weight Loss Products | Other

# Nail Harmony Gelish Foundation UV Soak Off Gel Base Gel 0.5floz,

**Store Categories**
- Store home
- Natural Supplements
- Multi Vitamins
- Oral Care
- Effective Weight Loss Products
- Other

## FOUNDATION - Soak-Off Base Gel

Creates the adhesive bond between the nail plate and gel products while not damaging the nail plate. Works as a base for Gelish Gelish® Soak-Off Gel Polish. Cures: 5 seconds in LED 18G Light; 10 seconds in LED Light; 1 minute in UV Light

### Questions and answers about this item
No questions or answers have been posted about this item.
Ask a question

---

### 5.0
11 ratings

| 5 | 11 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

**100% agree** — Would recommend

**100% agree** — Good value

**100% agree** — Good quality

Write a review

### Most relevant reviews

**by nevennedqlkov0**
May 09, 2016

**Nevena Borislavova Nedyalkova**
very good
Verified purchase: Yes | Condition: New | Sold by: beautyzone2007

Helpful (0)
Unhelpful (0)
Report

**by jelmybatiste**
Dec 17, 2015

**Excellent product!**
Verified purchase: Yes | Condition: New | Sold by: praguss

Helpful (0)
Unhelpful (0)
Report

---

## Sponsored Links


GEL II 0.47floz Reaction REMIX
$13.99
Free Shipping
Walmart.com


OPI Axxium Soak-Off Gel Lacquer Nail...
$22.99
SleekHair.com


OPI Axxium Soak-Off Gel Lacquer Nail...
$22.99
SleekHair.com


BMC Versatile 0.5 Oz UV LED Curable...
$7.99
Walmart.com


18 Colors 15ml Soak Off Metallic...
$3.59 $6.69
Free Shipping
Banggood


OPI Axxium Soak-Off Gel Lacquer Nail...
$22.99
SleekHair.com


OPI Axxium Soak-Off Gel Lacquer Nail...
$22.99
SleekHair.com

HI! Sign in | Sell | My eBay

# ebay  Search...                                          All Categories ▼

Home > Community > Feedback forum > Feedback profile

# Feedback profile

**Member quick links**

**pegasstar ( 2337 ★ )** | Top Rated: Seller with highest buyer ratings

Positive Feedback (last 12 months): **99.2%**
[How is Feedback percentage calculated?]
Member since: Aug-04-04 in United States

Contact member
View items for sale
View seller's Store
View ID history
View eBay My World
View reviews & guides

## Recent Feedback ratings (last 12 months)

|  | 1 month | 6 months | 12 months |
|---|---|---|---|
| 😊 Positive | 41 | 149 | 267 |
| 😐 Neutral | 0 | 0 | 0 |
| ☹ Negative | 0 | 2 | 3 |

## Detailed seller ratings (last 12 months)

| Criteria | Average rating | Number of ratings |
|---|---|---|
| Item as described | ★★★★★ | 219 |
| Communication | ★★★★★ | 224 |
| Shipping time | ★★★★★ | 235 |
| Shipping and handling charges | ★★★★★ | 230 |

**ebay MONEY BACK GUARANTEE**
Get the item you ordered or get your money back.
Learn what's included

| Feedback as a seller | Search seller feedback | Feedback as a buyer | **All Feedback** | Feedback left for others |

**151 Feedback received** (viewing 1-25)                    **Revised Feedback: 0**

Show: All | Positive (149) | Neutral (0) | **Negative (2)** | Withdrawn (0)     Period: Past 6 months ▼

| | Feedback | From | When |
|---|---|---|---|
| ☹ | gelish based fondutation, does not match the original product, it is a fake!<br>Nail Harmony Gelish Foundation UV Soak Off Gel Base Gel 0.5floz, 15 ml (#151994558834) | Buyer: 9***9 ( 14 ☆ )<br>US $11.99 | During past 6 months <br>View Item |

Detailed item information is not available for the following items because the Feedback is over 90 days old.

| | | | |
|---|---|---|---|
| ☹ | Sold me fake product. Received refund promptly though.<br>Nail Harmony Gelish Foundation UV Soak Off Gel Base Gel 0.5floz, 15 ml (#161957753609) | Buyer: a***y ( 209 ☆ )<br>US $12.50 | During past 6 months |

Items per page: 25 | 50 | 100 | 200

Page 1 of 1                          1

**What would you like to do next?**
Leave Feedback
Reply to Feedback received
Follow up to Feedback left

Feedback Forum | Discussion Boards | Groups | Answer Center | Chat Rooms | Community Values

Sponsored Links

18% OFF