POLSINELLI LLP
Todd M. Malynn (CA Bar No. 181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

**ORIGINAL**

FILED 2016 JUN -8 PM 3:33
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CA
SANTA ANA
BY ____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; MT BEAUTY SUPPLY, a South Carolina business; NAIL MARK'S, a Florida business; A&A NAIL SUPPLY, a Nebraska business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV 16-00969 DOC (JEMx)<br><br>**DECLARATION OF SUNIL SIRDESAI PHD IN SUPPORT OF EX PARTE APPLICATION FOR (A) A TEMPORARY RESTRAINING ORDER, (B) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND (C) EXPEDITED DISCOVERY**<br><br>**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |

DECLARATION OF SUNIL SIRDESAI

I, Sunil Sirdesai, declare:

1. I am an employee of Hand & Nail Harmony, Inc. ("Harmony").

2. I have over 25 years of professional experience in the cosmetic industry, with a PhD in organic chemistry (dissertation on synthetic polymers) from Rutgers University (1986). I am Technical Director – Polymers in Harmony's Research & Development Department. I am directly involved in the development of Harmony's new products. I previously worked for OPI Products, Inc., another leading manufacturer of professional nail products. I have personal knowledge of the facts described in this Declaration, my opinions herein are based on my years of professional experience and knowledge of the nail products industry, and if called as a witness, I could and would testify competently to these facts and my opinions.

3. In connection with the action *Hand & Nail Harmony, Inc., et al. v. Guangzhou Cocome Cosmetics Co., Ltd., et al*, 2:15-cv-01191-GMN-PAL (D. Nev.), I was asked to provide an example as to why GELISH brand gel polish is superior to competitive products, including and in particular products from China, and to provide an explanation as to why I knew the subject gel polishes from China were mislabeled, even though my laboratory at Harmony, like my former laboratory at OPI Products, Inc., is not equipped to discern the actual ingredients of a competitor's product (which is an expensive and cost-prohibitive undertaking). Attached as Exhibit "1" is a true and correct copy of my Declaration in that action dated July 7, 2015. The facts contained therein remain true and accurate.

4. I have been asked to supplement that Declaration with information concerning the safety hazards associated with counterfeit product from China. While I am happy to share my knowledge and experience, I found the request surprising and unusual because, in my experience, counterfeit nail products (a) do not duplicate the formulas of leading brands; (b) there are no assurances that they are subject to the same quality controls; and (c) whether a particular batch of

counterfeit goods is of low or high quality is immaterial, as the brand owner has no control over the quality of the product or use of its trademark.

5. I am familiar with the regulatory standards imposed on manufactures of nail products here in the United States and those governing nail products exported to the European Community. Over the last twenty years, the European Community and the United States have taken many steps to restrict and protect consumers from harmful ingredients, such as formaldehydes and methyl methacrylates (MMA), that were commonly used in nail products and other cosmetics. The restricted ingredients are sometimes referred to in the industry as "nasties," which are used to provide cheap, low-quality cross-bonding (hardening or adhesive) agents. Such ingredients are potentially harmful, not only because they can cause "burning" or other allergic reactions that damage the cuticle, nail bed or skin, but also because they can cause onycholysis (separation of the nail from the nail bed) and have been associated with carcinogens (or cancer).

6. Harmony and other reputable manufacturers of professional nail products comply with the highest safety standards imposed by the European Community and States such as California, and do not use any banned ingredients in their nail products. These standards make it relatively expensive to manufacture a nail product that is both compliant with these safety standards and provides the performance demanded by consumers of professional nail products. For example, Harmony's GELISH brand foundation, which is designed and tested to last at least twenty days, is one of the most expensive foundations on the market.

7. In contrast, the Chinese government does not follow or enforce the standards imposed on companies in the United States or Europe. To cheaply manufacture a nail product that tries to mimic the performance of a high-quality nail product, one or more "nasties" is normally included. Even then, based on my experience, nail products from China do not perform as well. For example, a typical foundation imported from China, which based on my knowledge includes

the subject counterfeit product, may be brittle, can experience cracking within days of application, and will normally last less than two weeks. In addition, soak-off times to remove the imported foundation may be longer, and the removal process may be more harsh, leading to damage to the nail bed.

8. Because manufacturers in China mislabel their goods, ignore safety standards, and flood the European and U.S. markets with low-quality nail products, countries in Europe, such as Sweden, have banned one or more products from China. For example, attached as Exhibit "2" is a July 28, 2014 article from Chemical Watch, Global Risk & Regulatory News, discussing a ban by Swedish authorities and a caution by Danish authorities pertaining to a product from China and sold in Scandinavia called Depend GeLlack, which used a cheap, low-quality acrylate monomer, with a high irritant profile, that resulted in "51 complaints from people who had experienced adverse effects from using the polish."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2016, in Brea, California.

_____
Sunil Sirdesai

**EXHIBIT 1**

DAVID S. KAHN (NEVADA BAR NO. 7038)
SCOTT R. LACHMAN (NEVADA BAR NO. 12016)
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Tel: (702) 938-3838 / Fax: (702) 938-3864
david.kahn@wwhgd.com
slachman@wwhgd.com

TODD M. MALYNN (*Pro Hac Vice Pending*)
A. ROBERT WEAVER (*Pro Hac Vice Pending*)
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Telephone: 305-358-5001
tmalynn@feldmangale.com
rweaver@feldmangale.com

*Attorneys for Plaintiffs*
*Hand & Nail Harmony, Inc. and Nail Alliance, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HAND & NAIL HARMONY, INC. and
NAIL ALLIANCE, LLC

Plaintiffs

vs.

GUANGZHOU COCOME COSMETICS CO., LTD., *et al.*

Defendants

Case No.: 2:15-cv-01191OGMN-PAL

**DECLARATION OF SUNIL SIRDESAI IN SUPPORT OF PLAINTIFFS' EMERGENCY EX PARTE MOTION**

Hearing Date: July 10, 2015
Hearing Time: 9:30 a.m.

**DECLARATION OF SUNIL SIRDESAI**

I, Sunil Sirdesai, declare as follows:

1. I am an employee of Hand & Nail Harmony. ("Harmony"). I have 24 years professional experience in the Cosmetics Industry, with a PhD in Organic Chemistry (dissertation on

Page 1 of 3

334762.1

1 synthetic polymers) from Rutgers University (1986), and I presently work in Harmony's research
2 and development department. In this capacity, I am directly involved in the development of
3 Harmony's new products as well as the investigation of counterfeit GELISH products. I have
4 personal knowledge of all the facts described in this Declaration and if called as a witness, I could
5 and would testify competently to these facts.

6     2.    I was unavailable on and around this past weekend due to the Independence Day
7 holiday. I spoke with Harmony's Chief Operating Officer, Steve Malynn, yesterday afternoon who
8 indicated that Harmony needed my testimony regarding possible counterfeit enforcement activity
9 related to the upcoming Cosmoprof 2015 convention in Las Vegas, Nevada. To my knowledge, this
10 is the first time I or any of my colleagues in Harmony's research and development department have
11 provided sworn testimony regarding the specific contents of counterfeit GELISH products. Even
12 though Harmony is very active in its counterfeit enforcement efforts, no court to-date has ever
13 required evidence of the quality comparison of authentic versus counterfeit GELISH products.

14     3.    Counterfeit GELISH products are of inferior quality. Authentic GELISH products
15 utilize a solvent which improves the performance of authentic GELISH gel polish in measureable
16 categories. The utilization of a solvent in gel polish formulas is patent-protected by Harmony.
17 Counterfeit gel polish rarely if ever use solvents in their formulas, which consistently diminishes the
18 quality of counterfeit product resulting in poor performing nail treatments.

19     4.    Additionally, counterfeit GELISH products fail to provide a true and accurate list of
20 their ingredients on their bottles. Every authentic GELISH product has a unique ingredient list which
21 differs slightly between types of gel polish types based on changes in color, inclusion or exclusion of
22 glitter, and similar variations. In reflection of these differences between each type of gel polish,
23 every authentic GELISH bottle includes a unique ingredient list. In contrast, counterfeit gel polish
24 includes a single, standard ingredient list on its label which is reused between each gel polish bottle
25 regardless of the variation in color, glitter, or other components. The false labelling of counterfeit
26 GELISH gel polish is potentially dangerous to consumers as the true ingredients of the counterfeit
27 gel polish are left unknown.
28

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct.
3  Executed on this 7th day of July, 2015 in Brea, California

*[signature]*
Sunil Sirdesai

**EXHIBIT 2**



# Swedish nail polish ban prompts caution from Denmark

28 July 2014 / Denmark, Europe

Denmark has become the latest Scandinavian country to issue a caution on the use of the nail polish product Depend GeLlack, following Sweden's recent ban. The product contains acrylates, which are known to cause adverse effects if in contact with skin.

The Danish Environmental Protection Agency (EPA) came to the conclusion this month that a sales ban would be "disproportionate", since it only received one complaint regarding the product. It also says the instructions to apply the nail polish are "comprehensive".

However, Sweden's Medical Protection Agency (MPA) took the decision to ban the product, which came into force earlier this month, after it received 51 complaints from people who had experienced adverse effects from using the polish. The MPA also said the ban reflected the fact that the instructions are "not fit for purpose".

"We believe it is not possible for the consumer to follow the instructions in detail because it says you are not supposed to get any of the product on your skin. But this is very difficult when you have a solution that's almost invisible," says Monica Tammela from the MPA.

Since Sweden announced the ban neighbouring countries have reviewed the product and established their own decisions. In addition to Denmark, Norway and Finland have also issued cautions.

The Swedish company, Depend Cosmetic, who produces the polish, says it plans to contest the ban. "In Norway and Denmark there have not been any big issues. There have been cases, but not in the way there has been in Sweden," says the company owner Marten Johansson. "In the cases we've looked at, some have had allergic reactions, and we must respect that and investigate those cases, but many have not been using the product with the instructions," he adds.

## Further Information:

- Press release (Danish) (http://mst.dk/service/nyheder/nyhedsarkiv/2014/jul/miljoestyrelsen-maner-til-forsigtighed-ved-brug-af-negleprodukt/)

© CW Research Ltd. You may circulate web links to our articles, but you may not copy our articles in whole or in part without permission

CORRECTIONS: We strive for accuracy, but with deadline pressure, mistakes can happen. If you spot something, we want to know, please email us at: reportanerror@chemicalwatch.com (mailto:reportanerror@chemicalwatch.com)
We also welcome YOUR NEWS: Send announcements to news@chemicalwatch.com (mailto:news@chemicalwatch.com)