FIRST LEGAL NETWORK 714-541-8182

**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC and NAIL
ALLIANCE – ARTISTIC, INC.



FILED
2016 JUN 13 PM 12:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada Business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; A&A NAIL SUPPLY, a Nebraska Business; MT BEAUTY SUPPLY, a South Carolina business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV16-00969 DOC(JEMx)<br><br>**PROOF OF SERVICE**<br><br>**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

PROOF OF SERVICE

53364933.1

**ORIGINAL**

FIRST LEGAL NETWORK  714-541-8182

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On June 10, 2015, I served the following documents in the manner described below:

- Letter dated June 10, 2016 giving notice of Plaintiffs Ex Parte Application and Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Complaint for Trademark Infringement, Counterfeiting and Unfair Competition
- Civil Case Cover Sheet
- Certification and Notice of Interested Parties
- Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of GariDawn Tingler In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Jim Phan In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery and
- Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Plaintiff's Memorandum of Points and Authorities In Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Todd M. Malynn in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

PROOF OF SERVICE

53364933.1

FIRST LEGAL NETWORK 714-541-8182

- Declaration of Sunil Sirdesai PhD in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Supplemental Declaration of Gari Dawn Tingler in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- [Proposed] Order Granting Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

☑ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

On the following parties in this action:

| | |
|---|---|
| ABC NAIL AND SPA PRODUCTS<br>14841 Dillow Street<br>Westminster, California 92683<br>*DELIVERED – signed by Chau Le* | Chau Thi Ngoc Le, owner of ABC<br>ABC NAIL AND SPA PRODUCTS<br>14841 Dillow Street<br>Westminster, California 92683<br>*DELIVERED – signed by Chau Le* |
| VAL USA MANUFACTURER, INC.<br>a.k.a. VAL Gel Polish Manufacturer<br>c/o Li Juan Zhen, Agent<br>17005 Evergreen Place, Unit #C<br>City of Industry, CA 91745<br>*DELIVERED – signed by Connie Hsu* | Felix Tseng<br>VAL USA MANUFACTURER, INC.<br>a.k.a. VAL Gel Polish Manufacturer<br>17005 Evergreen Place, Unit #C<br>City of Industry, CA 91745<br>*DELIVERED – signed by Connie Hsu* |
| | Iris Zhen, manager at VAL<br>VAL USA MANUFACTURER, INC.<br>a.k.a. VAL Gel Polish Manufacturer<br>17005 Evergreen Place, Unit #C<br>City of Industry, CA 91745<br>*DELIVERED – signed by Connie Hsu* |

2
PROOF OF SERVICE
53364933.1

| | |
|---|---|
| V & V Beauty Supplies<br>c/o Xuan Lam, Agent<br>9713 Bolsa Avenue<br>Westminster, CA 92683<br>*DELIVERED – Left at front door (closed in the afternoon)* | Xuan Thi Lam, owner of V&V<br>11311 Delphinium Avenue<br>Fountain Valley, CA 92708-1710<br>*DELIVERED – signed by Xuan Lam* |
| VIP NAIL PRODUCTS, INC.<br>c/o Cindy Thao Trinh, Agent<br>12771 Pala Drive<br>Garden Grove, CA 92841<br>*DELIVERED signed by Ms. Nguyen -- shipping/receiving clerk* | Lindside Pham, owner of VIP<br>VIP NAIL PRODUCTS, INC.<br>12771 Pala Drive<br>Garden Grove, CA 92841<br>*DELIVERED signed by Ms. Nguyen – shipping/receiving clerk* Cindy Thao |
| | Trinh, owner of VIP<br>1113 Burns Avenue<br>Santa Ana, CA 92707-3812<br>*DELIVERED – left at front door* |
| GEL NAIL SUPPLY, LLC<br>c/o Anh Q. Le, Agent<br>2892 N. Sawgrass Drive<br>Santa Ana, CA 92706<br>*DELIVERED -- left at front door* | Anh Q. Le, owner of GEL NAIL<br>GEL NAIL SUPPLY, LLC<br>2892 N. Sawgrass Drive<br>Santa Ana, CA 92706<br>*DELIVERED -- left at front door* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 10, 2015 at Los Angeles, California.

Dated: June 10, 2016                             **POLSINELLI LLP**

By: Todd M. Malynn
*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC., NAIL ALLIANCE, LLC and NAIL ALLIANCE – ARTISTIC, INC.

3
PROOF OF SERVICE

53364933.1