FIRST LEGAL NETWORK  714-541-8182     ORIGINAL

**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:    310.556.1802
Email:        tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC and NAIL
ALLIANCE – ARTISTIC, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>                         Plaintiffs,<br><br>        v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada Business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; A&A NAIL SUPPLY, a Nebraska Business; MT BEAUTY SUPPLY, a South Carolina business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH;  LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive,<br><br>                         Defendants. | Case No. SACV16-00969 DOC(JEMx)<br><br>**PROOF OF SERVICE**<br><br><br>**FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |

PROOF OF SERVICE

53364933.1

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

FIRST LEGAL NETWORK  714-541-8182

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California.  I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.

On June 13, 2015, I served the following documents in the manner described below:

- Letter dated June 13, 2016 giving notice of Plaintiffs Ex Parte Application and Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Complaint for Trademark Infringement, Counterfeiting and Unfair Competition
- Civil Case Cover Sheet
- Certification and Notice of Interested Parties
- Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of GariDawn Tingler In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Jim Phan In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery and
- Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Plaintiff's Memorandum of Points and Authorities In Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Todd M. Malynn in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

53364933.1

FIRST LEGAL NETWORK  714-541-8182

- Declaration of Sunil Sirdesai PhD in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Supplemental Declaration of Gari Dawn Tingler in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- [Proposed] Order Granting Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

☑    (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

On the following parties in this action:

Bryan Tran
14682 Grey Oaks Street
Westminster, CA 92683
*DELIVERED – signed by Howard Tran*

V & V Beauty Supplies
c/o Xuan Lam, Agent
9713 Bolsa Avenue
Westminster, CA 92683
*DELIVERED – signed by Xuan Lam*

GEL NAIL SUPPLY, LLC
c/o Anh Q. Le, Agent
2892 N. Sawgrass Drive
Santa Ana, CA 92706
*DELIVERED – signed by Doan Le*
And

Anh Q. Le, owner of GEL NAIL
GEL NAIL SUPPLY, LLC
2892 N. Sawgrass Drive
Santa Ana, CA 92706
*DELIVERED – signed by Doan Le*

2

53364933.1

FIRST LEGAL NETWORK  714-541-8182

1         I declare under penalty of perjury under the laws of the State of California
2    that the foregoing is true and correct. Executed on June 14, 2015 at Los Angeles,
     California.

3

4    Dated: June 14, 2016                              **POLSINELLI LLP**

5

6

7

8    By:  Todd M. Malynn
          *Attorneys for Plaintiffs*
9         HAND & NAIL HARMONY, INC.,
          NAIL ALLIANCE, LLC and NAIL
10        ALLIANCE – ARTISTIC, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

53364933.1