FIRST LEGAL NETWORK 714-541-8182



FILED
2016 JUN 15 AM 11:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

1  **POLSINELLI LLP**
   Todd M. Malynn (CA Bar No. 181595)
2  Adam P. Daniels (CA Bar No. 296466)
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone: 310.556.1801
4  Facsimile: 310.556.1802
   Email: tmalynn@polsinelli.com
5
   *Attorneys for Plaintiffs*
6  HAND & NAIL HARMONY, INC.,
   NAIL ALLIANCE, LLC and NAIL
7  ALLIANCE – ARTISTIC, INC.

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation, | Case No. SACV16-00969 DOC(JEMx) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; VIP NAIL PRODUCT, INC., a California corporation; V&V BEAUTY SUPPLIES, a California business; NAIL LOUNGE LLC, a Nevada business; TODAY NAIL (a.k.a., Nails Today), a Nevada Business; HOLLYWOOD BEAUTY SUPPLY, a Nevada business; A&A NAIL SUPPLY, a Nebraska Business; MT BEAUTY SUPPLY, a South Carolina business; XUAN THI LAM; CHAU THI NGOC LE; ANH Q. LE; IRIS ZHEN; FELIX TSENG; CINDY TRINH; LINDSIDE PHAM; BRYAN TRAN; HAI T. NGUYEN; BAO TOAN LE; and DOES 1 through 100, inclusive, | **FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 (d)(8)** |
| Defendants. | |

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

53364933.1

PROOF OF SERVICE

**ORIGINAL**

FIRST LEGAL NETWORK  714-541-8182

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On June 14, 2015, I served the following documents in the manner described below:

- Letter dated June 13, 2016 giving notice of Plaintiffs Ex Parte Application and Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Complaint for Trademark Infringement, Counterfeiting and Unfair Competition
- Civil Case Cover Sheet
- Certification and Notice of Interested Parties
- Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of GariDawn Tingler In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Jim Phan In Support of Plaintiffs Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
and
- Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Plaintiff's Memorandum of Points and Authorities In Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

53364933.1

PROOF OF SERVICE

FIRST LEGAL NETWORK 714-541-8182

- Declaration of Todd M. Malynn in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Declaration of Sunil Sirdesai PhD in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- Supplemental Declaration of Gari Dawn Tingler in Support of Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery
- [Proposed] Order Granting Plaintiffs Renewed Ex Parte Application for (A) Entry of a Temporary Restraining Order, (B) An Order to Show Cause Regarding Preliminary Injunction; and (C) Expedited Discovery

☑ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

On the following parties in this action:

Hai T. Nguyen
Nails Today aka Today Nails
2487 East Tropicana Avenue
Las Vegas, NV 89121
*DELIVERED – signed by Raeann Lopes-Redocto*

Bao Toan Le
c/o Nails Today aka Today Nails
2487 East Tropicana Avenue
Las Vegas, NV 89121
*DELIVERED – signed by Raeann Lopes-Redocto*

And

Bao Toan Le
8251 Lampson Avenue
Garden Grove, CA 92841
*DELIVERED – signed by Dixom Shau (brother)*

2
PROOF OF SERVICE

53364933.1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 15, 2015 at Los Angeles, California.

Dated: June 15, 2016

**POLSINELLI LLP**

By: Todd M. Malynn
*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC., NAIL ALLIANCE, LLC and NAIL ALLIANCE – ARTISTIC, INC.