**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

Jose Mariano Castillo (CA Bar No. 35869)
LAW OFFICES OF JOSE MARIANO CASTILLO
700 S. Flower Street, Suite 1100
Los Angeles, CA 90017

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
And NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; CHAU THI NGOC LE, a California resident; GEL NAIL SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, a California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, a California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California corporation; JACKIE BEAUTY SUPPLY, a California business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, a California business; NAILS LOUNGE, | Case No. SACV16-00969 DOC(JEMx)<br><br>The Honorable David O. Carter<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

NOTICE OF APPEARANCE OF JOSE MARIANO CASTILLO AS COUNSEL FOR DEFENDANTS HAND & NAIL HARMONY, INC.,and NAIL ALLIANCE, LLC
53432990.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a California corporation; BRYAN TRAN, a California resident; TODAY NAILS (a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive,<br><br>       Defendants. |

PLEASE TAKE NOTICE that Todd M. Malynn, attorney of record for Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC, hereby associate The Law Offices of Jose Mariano Castillo and attorney Jose Mariano Castillo as co-counsel for Plaintiffs in this matter. The name, address, telephone number, facsimile number, and e-mail address of the associated counsel are as follows:

  Law Office of Jose Mariano Castillo

  Jose Mariano Castillo – CA State Bar Number 35869

  700 S. Flower Street, Suite 1100

  Los Angeles, CA  90017

| | |
|---|---|
| 1 | Telephone:  (213) 622-6555 |
| 2 | Facsimile Number:  (213) 622-5781 |
| 3 | E-mail Address:  Castillo@castillolaw.com |

Dated: June 24, 2016    Respectfully submitted,

POLSINELLI LLP

By:  /s/ Todd M. Malynn
     TODD M. MALYNN

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
and NAIL ALLIANCE, LLC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: June 24, 2016                POLSINELLI, LLC


                                    By: /s/AJ Cruickshank
                                        AJ Cruickshank