1

**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)

2   Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900

3   Los Angeles, CA 90067
Telephone:  310.556.1801

4   Facsimile:   310.556.1802
Email:       tmalynn@polsinelli.com

5

*Attorneys for Plaintiffs*

6   HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC and NAIL

7   ALLIANCE – ARTISTIC, INC.

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   HAND & NAIL HARMONY, INC., a       |   Case No. SACV16-00969 DOC(JEMx)
California corporation, NAIL

12   ALLIANCE, LLC, a Delaware
corporation,

13                                         **PROOF OF SERVICE
PURSUANT TO COURT'S**

14                Plaintiffs,             **AMENDED ORDER GRANTING
PLAINTIFFS' APPLICATION**

            v.                            **FOR (A) TEMPORARY**

15   ABC NAIL AND SPA PRODUCTS, a        **RESTRAINING ORDER; (B)
ORDER TO SHOW CAUSE RE:**
California business; CHAU THI NGOC

16   LE, a California resident; GEL NAIL  **PRELIMINARY INJUNCTION;
AND (C) EXPEDITED**
SUPPLY, LLC, a California business;

17   ANH Q. LE (a.k.a. Mimi), a California **DISCOVERY**
citizen; VAL USA MANUFACTURER,

18   INC. (d.b.a. Val Gel Polish
Manufacturer), a California corporation;

19   IRIS ZHEN, a California resident; VIP
NAIL PRODUCTS, INC., a California

20   corporation; CINDY TRINH, a
California resident; LINDSIDE PHAM, a

21   California resident; V&V BEAUTY
SUPPLIES, a California business;

22   XUAN THI LAM, a California citizen;
KMB NAILS & BEAUTY PRODUCTS,

23   INC., a California corporation; CT
TRADING, INC., a California

24   corporation; JACKIE BEAUTY
SUPPLY, a California business; NAIL

25   MAXX PRODUCTS, INC., a California
corporation; KASHI BEAUTY SUPPLY,

26   a California business; NAILS LOUNGE,
LLC, a Nevada corporation; CALI

27   BEAUTY SUPPLY, INC. (d.b.a.,
CALNAILSUPPLY.COM), a California

28   corporation; BRYAN TRAN, a
California resident; TODAY NAILS

APPLICATION TO LIFT COURT'S ORDER RE MANDATORY FILING OF ALL PLEADINGS UNDER SEAL
53506935.2

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

(a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive,

Defendants.

On June 28, 2016, pursuant to the Court's Amended Order Granting Plaintiffs' Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c) Expedited Discovery [Dkt. 18], I caused to be served the following documents via Federal Express:  (1) Plaintiffs' Renewed *Ex Parte* Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c) Expedited Discovery; (2) Plaintiffs' Memorandum of Points and Authorities in Support of Renewed *Ex Parte* Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c) Expedited Discovery; (3) Declaration of Garidawn Tingler in Support of *Ex Parte* Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c) Expedited Discovery;

PROOF OF SERVICE RE AMENDED ORDER GRANTING TRO AND OSC

53506935.2

1    (4) Supplemental Declaration of Garidawn Tingler in Support of *Ex Parte*

2    Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re:

3    Preliminary Injunction; and (c) Expedited Discovery; (5) Declaration of Todd M.

4    Malynn in Support of Renewed *Ex Parte* Application for (a) Temporary

5    Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c)

6    Expedited Discovery; (6) Declaration of Jim Phan in Support of Renewed *Ex Parte*

7    Application for (a) Temporary Restraining Order; (b) Order to Show Cause Re:

8    Preliminary Injunction; and (c) Expedited Discovery; (7) Declaration of Sunil

9    Sirdesai in Support of Renewed *Ex Parte* Application for (a) Temporary

10   Restraining Order; (b) Order to Show Cause Re: Preliminary Injunction; and (c)

11   Expedited Discovery; and (8) Amended Order Granting Plaintiffs' Application for

12   (a) Temporary Restraining Order; (b) Order to Show Cause Re: Preliminary

13   Injunction; and (c) Expedited Discovery.

14         Attached hereto as Exhibit "A" are the confirmations from Federal Express

15   showing proof of delivery.

16   Dated:  June 30, 2016

17

18                                    _/s/AJ Cruickshank_____
                                       AJ Cruickshank
19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE AMENDED ORDER GRANTING TRO AND OSC

53506935.2

1

## **CERTIFICATE OF SERVICE**

2

3          The undersigned certifies that on June 30, 2016, the foregoing document was

4    electronically filed with the Clerk of the Court for the United States District Court, Central

5    District of California, using the Court's Electronic Case Filing (ECF) system.  The ECF system

6    routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to

7    accept this notice of this document by electronic means.

Dated:  June 30, 2016                    POLSINELLI, PC

8

9                                        By:  /s/AJ Cruickshank_____
                                              AJ Cruickshank

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

PROOF OF SERVICE RE AMENDED ORDER GRANTING TRO AND OSC

53506935.2