AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Central District of California

| | |
|---|---|
| Hand & Nail Harmony, Inc., a California corporation, Nail Alliance, LLC, a Delaware corporation<br><br>*Plaintiff(s)*<br>v.<br>ABC Nail and Spa Products, a California business; (See attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. SACV 16-00969 DOC (JEMx)<br>)<br>)<br>)<br>)<br>) |

## AMENDED
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> VIP Nail Product, Inc.
> c/o Cindy Thao, Agent
> 12771 Pala Dr.
> Garden Grove, CA 92841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> POLSINELLI LLP
> Todd M. Malynn (CA Bar No. 181595)
> 2049 Century Park East, Suite 2900
> Los Angeles, CA 90067
> Tel: 310-556-1801  Fax: 310-556-1802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/17/16

*Signature of Clerk or Deputy Clerk*

1146

ORIGINAL

| Attorney or Party without Attorney: <br> TODD M. MALYNN, ESQ. <br> POLSINELLI LLP <br> 2049 CENTURY PARK EAST <br> SUITE 2900 <br> LOS ANGELES, CA 90067 <br> Telephone No: 310-556-1801   FAX No: 310-556-1802 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL.
Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. a. Party served:         VIP NAIL PRODUCTS,, INC., A CALIFORNIA CORPORATION
   b. Person served:        CINDY THAO, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   12771 PALA DRIVE
                                          GARDEN GROVE, CA  92841

5. I served the party:
   b. **by substituted service.** On: Tue., Jun. 21, 2016 at: 12:30PM by leaving the copies with or in the presence of:
      TIFFANY TRAN, MANAGER
   (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES E. VOELKL, JR.                        d. **The Fee** for Service was:   $117.74



600 W. Santa Ana Boulevard, Suite 101        e. I am: (3) registered California process server
Santa Ana, CA 92701                                 (i)   Independent Contractor
Telephone     (714) 541-1110                        (ii)  Registration No.:      2928
FAX           (714) 541-8182                        (iii) County:                Orange
www.firstlegalnetwork.com                           (iv)  Expiration Date:       Fri, Apr. 13, 2018

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 23, 2016

                                                                                    (JAMES E. VOELKL, JR.)
         Judicial Council Form                       PROOF OF SERVICE                3054689  .pottlp.816092
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067 | | | | |
| Telephone No: 310-556-1801 | FAX No: 310-556-1802 | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL. | | | | |
| Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL. | | | | |
| **PROOF OF SERVICE<br>By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV16-00969 DOC (JEMX) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Jun. 21, 2016
   b. Place of Mailing:        LOS ANGELES, CA 90026
   c. Addressed as follows:    VIP NAIL PRODUCTS,, INC., A CALIFORNIA CORPORATION
                               12771 PALA DRIVE
                               GARDEN GROVE, CA 92841

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 21, 2016 in the ordinary course of business.

5. Person Serving:
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      600 WEST SANTA ANA BLVD, SUITE 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $117.74
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 23, 2016

   (Thomas Tilcock)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

3054689   .polllp.816092