AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Hand & Nail Harmony, Inc., a California corporation,
Nail Alliance, LLC, a Delaware corporation

*Plaintiff(s)*

v.

ABC Nail and Spa Products, a California business;
(See attached)

*Defendant(s)*

Civil Action No. SACV 16-00969 DOC (JEMx)

AMENDED
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JC Supply, Inc.
c/o Empire Tax, Agent
4025 Satellite Blvd., Suite H
Duluth, GA 30096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

POLSINELLI LLP
Todd M. Malynn (CA Bar No. 181595)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel: 310-556-1801  Fax: 310-556-1802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/17/16

*Signature of Clerk or Deputy Clerk*

1146

ORIGINAL

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067<br>Telephone No: 310-556-1801   FAX No: 310-556-1802 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL.
Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. a. Party served:     JC SUPPLY, INC., A GEORGIA BUSINESS
   b. Person served:   JENNIFER HERNANDEZ, AUTHORIZED AGENT

4. Address where the party was served:   4025 SATELLITE BOULEVARD
                                          SUITE H
                                          DULUTH, GA 30097

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jun. 22, 2016 (2) at: 2:55PM

7. Person Who Served Papers:
   a. WILL ACREE

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $273.00
   e. I am: Not a Registered California Process Server

First Legal
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone  (213) 250-9111
Fax        (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Fri, Jun. 24, 2016

                                                                    (WILL ACREE)
                                                                    3055128   .polllp.816163

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007