AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Hand & Nail Harmony, Inc., a California corporation,
Nail Alliance, LLC, a Delaware corporation

_Plaintiff(s)_

v.

ABC Nail and Spa Products, a California business; (See attached)

_Defendant(s)_

Civil Action No. SACV 16-00969 DOC (JEMx)

## AMENDED SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Lindside Pham
12771 Pala Dr.
Garden Grove, CA 92841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

POLSINELLI LLP
Todd M. Malynn (CA Bar No. 181595)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel: 310-556-1801  Fax: 310-556-1802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/17/16

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

1146

ORIGINAL

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067 | | |
| Telephone No: 310-556-1801    FAX No: 310-556-1802 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL.
Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. a. Party served:         LINDSIDE PHAM, A CALIFORNIA RESIDENT
   b. Person served:        TIFFANY TRAN, MANAGER

4. Address where the party was served:   12771 PALA DRIVE
                                          GARDEN GROVE, CA  92841

5. I served the party:
   b. **by substituted service.** On: Thu., Jun. 23, 2016 at: 8:50AM by leaving the copies with or in the presence of:
      TIFFANY TRAN, MANAGER
   (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES E. VOELKL, JR.                        d. **The Fee** for Service was: $209.24

   First Legal
   600 W. Santa Ana Boulevard, Suite 101           e. I am: (3) registered California process server
   Santa Ana, CA 92701                                  (i) Independent Contractor
   Telephone    (714) 541-1110                          (ii) Registration No.:    2928
   FAX          (714) 541-8182                          (iii) County:             Orange
   www.firstlegalnetwork.com                            (iv) Expiration Date:     Fri, Apr. 13, 2018

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jun. 27, 2016

                                                                  (JAMES E. VOELKL, JR.)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                          3054681  .polllp.816071

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-556-1801   *FAX No:* 310-556-1802<br><br>*Ref. No or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* HAND & NAIL HARMONY, INC., ETC., ET AL.
*Defendant:* ABC NAIL AND SPA PRODUCTS, ETC., ET AL.

| PROOF OF SERVICE By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Thu., Jun. 23, 2016
   b. Place of Mailing:     LOS ANGELES, CA 90026
   c. Addressed as follows: LINDSIDE PHAM, A CALIFORNIA RESIDENT
                            12771 PALA DRIVE
                            GARDEN GROVE, CA 92841

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jun. 23, 2016 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                             d. **The Fee** *for Service was:*   $209.24
   b. FIRST LEGAL SUPPORT SERVICES               e. I am: Not a Registered California Process Server
      600 WEST SANTA ANA BLVD, SUITE 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jun. 27, 2016

                                                                           (Thomas Tilcock)

Judicial Council Form                    PROOF OF SERVICE                         3054681  .polllp.816071
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail

| Attorney or Party without Attorney: TODD M. MALYNN, ESQ. POLSINELLI LLP 2049 CENTURY PARK EAST SUITE 2900 LOS ANGELES, CA 90067 Telephone No: 310-556-1801   FAX: No: 310-556-1802 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Central District Of California | Ref. No or File No.: |
| Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL. Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL. | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. I, JAMES E. VOELKL, JR., and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LINDSIDE PHAM, A CALIFORNIA RESIDENT as follows:

2. Documents: AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 06/21/16 | 12:30pm | Business | SUBJECT NOT IN, PER MANAGER TIFFANY TRAN. NO MORE INFORMATION OBTAINED. Attempt made by: JAMES E. VOELKL, JR., Registration #2928 Orange County. Attempt at: 12771 PALA DRIVE GARDEN GROVE, CA 92841. |
| Wed | 06/22/16 | 10:05am | Business | PER STAFF, SUBJECT IS NOT IN. NO ESTIMATED TIME OF ARRIVAL. Attempt made by: JAMES E. VOELKL, JR.. Attempt at: 12771 PALA DRIVE GARDEN GROVE, CA 92841. |
| Wed | 06/22/16 | 1:25pm | Business | PER STAFF, SUBJECT IS NOT IN. THEY WOULD NOT PROVIDE ANY FURTHER INFORMATION. Attempt made by: JAMES E. VOELKL, JR.. Attempt at: 12771 PALA DRIVE GARDEN GROVE, CA 92841. |
| Thu | 06/23/16 | 8:50am | Business | Substituted Service on: LINDSIDE PHAM, A CALIFORNIA RESIDENT Business - 12771 PALA DRIVE GARDEN GROVE, CA 92841 by Serving: TIFFANY TRAN, MANAGER Person in charge over 18. Served by: JAMES E. VOELKL, JR. |
| Thu | 06/23/16 | | | Mailed copy of Documents to: LINDSIDE PHAM, A CALIFORNIA RESIDENT |

3. Person Executing
   a. JAMES E. VOELKL, JR.



600 W. Santa Ana Boulevard, Suite 101
Santa Ana, CA 92701
Telephone   (714) 541-1110
FAX          (714) 541-8182
www.firstlegalnetwork.com

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. **The Fee** for service was: $209.24
e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   2928
   (iii) County:              Orange
   (iv)  Expiration Date:    Fri, Apr. 13, 2018

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jun. 27, 2016

AFFIDAVIT OF DUE DILIGENCE

(JAMES E. VOELKL, JR.)

3054681.polllp.816071