# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HAND AND NAIL HARMONY INC., ET AL, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA CV 16-0969-DOC (JEMx) |
| v. | |
| ABC NAIL AND SPA PRODUCTS, ET AL, | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/12/16 | 62 | Motion to Dismiss Case |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: July 13, 2016            By: Deborah Goltz
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge