## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 16-0969-DOC (JEMx)            Date: July 13, 2016

Title: HAND AND NAIL HARMONY, INC., ET AL V ABC NAIL AND SPA PRODUCTS, ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Todd Matthew Maylynn                               Jason Roberts
                                                                   Peter Chu

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

     Evidentiary hearing held. Witness called, sworn and testified.

     Preliminary injunction is GRANTED. Plaintiff's counsel to submit a proposed order on or before July 15, 2016 at 12:00 p.m.

     The Court will issue a final written order.

                                                                                       1    :    24
                                                                  Initials of Clerk    djg