**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   310.556.1801
Facsimile:   310.556.1802
Email:       tmalynn@polsinelli.com
             adaniels@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA  90017-2704
Telephone:   213.622.6555
Facsimile:   213.622.5781
Email:       Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; CHAU THI NGOC LE, a California resident; GEL NAIL SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, a California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, a California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California | Case No. SACV16-00969 DOC(JEMx)<br><br>**ORDER TO (A) DISMISS DEFENDANTS XUAN THI LAM AND V&V BEAUTY SUPPLY WITH PREJUDICE AND (B) DISSOLVE THE PRELIMINARY INJUNCTION AS TO THESE DEFENDANTS [80]** |

ORDER TO (A) DISMISS DEFENDANTS XUAN THI LAM AND V&V BEAUTY SUPPLY WITH PREJUDICE AND (B) DISSOLVE THE PRELIMINARY INJUNCTION AS TO THESE DEFENDANTS

53673951.1

corporation; JACKIE BEAUTY SUPPLY, a California business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, a California business; NAILS LOUNGE, LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a California corporation; BRYAN TRAN, a California resident; TODAY NAILS (a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive,

Defendants.

The Court, having reviewed and considered the Stipulation of Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively, "Plaintiffs") and Defendants Xuan Thi Lam and V&V Beauty Supply (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 65, and good cause appearing therefore,

IT IS HEREBY ORDERED AND DECREED:

1. The Preliminary Injunction [Dkt. 78] as to Defendants Xuan Thi Lam and V&V Beauty Supply, and only these Defendants, is hereby dissolved; and

2. Plaintiffs' claims against Defendants Xuan Thi Lam and V&V Beauty Supply, and only these Defendants, are hereby dismissed with prejudice.

Dated: July 25, 2016

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

ORDER TO (A) DISMISS DEFENDANTS XUAN THI LAM AND V&V BEAUTY SUPPLY WITH PREJUDICE AND (B) DISSOLVE THE PRELIMINARY INJUNCTION AS TO THESE DEFENDANTS
53673951.1