Alex L. Benedict, SBN 184585
Michelle K. L. Le, SBN 300865
**THE LAW OFFICES OF ALEX L. BENEDICT**
**& ASSOCIATES, APLC**
17151 Newhope St, Suite 210
Fountain Valley, CA 92708
Telephone: (714) 916-9796
Facsimile: (714) 487-5105

Attorney for Defendant,
NAIL MAXX PRODUCTS, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., California corporation; NAIL ALLIANCE, LLC, A Delaware corporation, | **Case No.: SACV16- 00969 DOC (JEMx)** |
| Plaintiffs, | |
| v. | **DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO** |
| ABC NAIL AND SPA PRODUCTS, California business; CHAU THI NGOC LE, a California resident; GEL NAI SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California corporation; JACKIE BEAUTY SUPPLY, a California business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, California business; NAILS LOUNGE, LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a | **JURY TRIAL DEMANDED**  Complaint Filed:  June 17, 2016 Trial:          -- |

---

**1**
**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

California corporation; BRYAN TRAN, a )
California resident; TODAY NAILS (a.k.a., )
Nails Today, LLC), a Nevada resident; BAO )
TOAN LE, (a.k.a, Toan), a Nevada resident; )
DL BEAUTY SUPPLY, LLC (d.b.a., )
Hollywood Beauty Supply), a Nevada )
corporation; DERICK Q. LUU (a.k.a., Tony), )
a Nevada resident; DIRECT EAUTY )
SUPPLY, LLC,  Nevada corporation; RYAN )
DO (a.k.a., Jimmy), a Nevada resident; U.S. )
MAXIM NAIL SUPPLY CORPORATION, a )
Texas business; U.S. MAXIM NAIL SUPPLY )
OUTLET, INC., a Virginia business; )
QUALITY BEAUTY & NAILS SUPPLY, )
INC., a Missouri business; A&A NAIL )
SUPPLY, INC., a Nebraska Business; )
DANNY TRAN, a Nebraska resident; )
NAILMARK'S III, INC., a Florida )
corporation; MT BEAUTY SUPPLY, a South )
Carolina business; JC SUPPLY, INC., a )
Georgia business; KHUONG LINE PHAN, a )
Georgia resident; ABUBACAR NESSER )
(a.k.a., Tony), a Georgia resident; FLEX )
NAISL & BEAUTY SUPPLY (a.k.a., Nail & )
Beauty Super Store), a Canadian business; and )
DOES 1 through 100, inclusive )
)
        Defendants.                           )
)

---

NAIL MAXX PRODUCTS, INC., a California Corporation (hereinafter "Defendant") answers the Complaint of HAND & NAIL HARMONY, INC.,  a California corporation; and NAIL ALLIANCE, LLC, A Delaware corporation (hereinafter collectively "Plaintiffs") as follows:

## I.      JURISDICTION AND VENUE

1.       Paragraph 1:  No response is required as this paragraph states legal conclusions; however, to the extent an answer is required, Defendant denies the allegations in Paragraph 1.

2.       Paragraph 2:  No response is required as this paragraph states legal conclusions; however, to the extent an answer is required, Defendant admits this Court has jurisdiction under 28 U.S.C §1331 and 1338 with regard to trade, copyright and related causes of action under federal and state law.

---

Defendant is unable to admit nor deny the remaining allegations as it does not have sufficient information nor knowledge to do so.

3. Paragraph 3:  Defendant admits that it is a California corporation, and transacts business in California.  Defendant denies the remaining allegations against itself.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

4. Paragraph 4:  No response is required as this paragraph asserts legal conclusion.  To the extent an answer is required, Defendant denies the allegations in this paragraph.

## II. INTRODUCTION

5. Paragraph 5:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

## III. PLAINTIFFS

6. Paragraph 6:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

7. Paragraph 7:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

8. Defendant 8:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

## IV. DEFENDANTS

9. Paragraph 9:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

10. Paragraph 10:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

11. Paragraph 11:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

12. Paragraph 12: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

13. Paragraph 13: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

14. Paragraph 14: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

15. Paragraph 15: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

16. Paragraph 16: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

17. Paragraph 17: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

18. Paragraph 18: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

19. Paragraph 19: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

20. Paragraph 20: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

21. Paragraph 21: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

22. Paragraph 22: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

23. Paragraph 23: Defendant admits it is a corporation organized under the laws of the State of California, located at 7701 Garden Grove Boulevard, Garden Grove. Defendant denies the remaining allegations against it.

24. Paragraph 24: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

25.     Paragraph 25:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

26.     Paragraph 26:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

27.     Paragraph 27:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

28.     Paragraph 28:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

29.     Paragraph 29:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

30.     Paragraph 30:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

31.     Paragraph 31:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

32.     Paragraph 32:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

33.     Paragraph 33:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

34.     Paragraph 34:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

35.     Paragraph 35:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

36.     Paragraph 36:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

37.     Paragraph 37:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

38.      Paragraph 38:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

39.      Paragraph 39:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

40.      Paragraph 40:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

41.      Paragraph 41:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

42.      Paragraph 42:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

43.      Paragraph 43:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

44.      Paragraph 44:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

45.      Paragraph 45:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

46.      Paragraph 46:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

47.      Paragraph 47:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

## V.      PERSONAL JURISDICTION OF OUT-OF-STATE DEFENDANTS

48.      Paragraph 48:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

49.     Paragraph 49:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

50.     Paragraph 50:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

51.     Paragraph 51:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

52.     Paragraph 52:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

53.     Paragraph 53:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

54.     Paragraph 54:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph.

55.     Paragraph 55:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

56.     Paragraph 56:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

57.     Paragraph 57:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

//

//

//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

# VI.     GENERAL ALLEGATIONS

### A.  HARMONY'S GELISH BRAND GEL POLISH

58.     Paragraph 58:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

59.     Paragraph 59:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

60.     Paragraph 60:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

61.     Paragraph 61:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

62.     Paragraph 62:  Defendant denies the allegations in this paragraph, except that it admits Plaintiff NAIL ALLIANCE , LLC is listed as the "last listed owner" of U.S. Registration No. 4,096, 115, and 3,857,946 as reported on the United States Patent and Trademark Office's Trademark Electronic Search System database.

63.     Paragraph 63:  Defendant denies the allegations in this paragraph, except that it admits Plaintiff NAIL ALLIANCE , LLC is listed as the "owner" of U.S. Registration No. 4,473,557, and 4,473,558 as reported on the United States Patent and Trademark Office's Trademark Electronic Search System database.

64.     Paragraph 64:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

65.     Paragraph 65:  This paragraph asserts legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

66.     Paragraph 66:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

67.     Paragraph 67:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

//

DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO

68.     Paragraph 68:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

69.     Paragraph 69:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

70.     Paragraph 70:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

71.     Paragraph 71:  This paragraph asserts legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

72.     Paragraph 72:  This paragraph asserts legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

73.     Paragraph 73:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

74.     Paragraph 74:  This paragraph asserts legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

75.     Paragraph 75:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against itself in this paragraph, and therefore denies them.  Further, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against the other named Defendants, and therefore denies them.

## B.   DEFENDANTS' COUNTERFEITING ACTIVITIES

76.     Paragraph 76:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

77.     Paragraph 77:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

//

//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

78.     Paragraph 78:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

79.     Paragraph 79:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

80.     Paragraph 80:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

81.     Paragraph 81:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

82.     Paragraph 82:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph. Further, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

83.     Paragraph 83:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

84.     Paragraph 84:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

85.     Paragraph 85:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

86.     Paragraph 86:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to Defendant denies the allegations against it in this paragraph, and therefore denies them.

87.     Paragraph 87:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required; Defendant denies the allegations against it in this paragraph.  Defendant

is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

88.     Paragraph 88:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.  Further, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

89.     Paragraph 89:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

90.     Paragraph 90:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

91.     Paragraph 91:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

92.     Paragraph 92:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

93.     Paragraph 93:   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

94.     Paragraph 94:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

95.     Paragraph 95:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

## COUNT ONE
### (Against All Defendants)
### TRADEMARK INFRINGEMENTA ND COUNTERFEITING IN
### VIOLATIN OF 15 U.S.C. § 1114, 1116(d)

96.     Defendant repeats and realleges its responses to paragraph 1 through 95 as if fully set forth herein.

97.     Paragraph 97:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to Defendant denies the allegations against it in this paragraph, and therefore denies them.

98.     Paragraph 98:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to Defendant denies the allegations against it in this paragraph, and therefore denies them.

99.     Paragraph 99:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

100.    Paragraph 100:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph.

101.    Paragraph 101:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

102.     Paragraph 102:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

103.     Paragraph 103:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

104.     Paragraph 104:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

105.     Paragraph 105:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

106.     Paragraph 106:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

**COUNT TWO**
**(Against All Defendants)**
**FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTIONS, UNFAIR COMETITION AND DILUTION UNDER 15 U.S.C. 1125**

107.     Defendant repeats and realleges its responses to Paragraph 1 through 106 as through fully set forth herein.

108.     Paragraph 108:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

---

**13**
**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

109.     Paragraph 109:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

110.     Paragraph 110:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

111.     Paragraph 111:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

112.     Paragraph 112: This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

113.     Paragraph 113:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

114.     Paragraph 114:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

115.      Paragraph 115:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

116.   Paragraph 116:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

117.   Paragraph 117:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

118.   Paragraph 118:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

**COUNT THREE**
**(Against All Defendants)**
**UNFAIR COMPETITION**

119.   Defendant repeats and re-alleges its responses to Paragraph 1 through 118 as through fully set forth herein.

120.   Paragraph 120:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

121.   Paragraph 121:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

122.   Paragraph 122:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

123.   Paragraph 123:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant

is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

124.    Paragraph 124: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

125.    Paragraph 125: Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

126.    Paragraph 126: Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

## COUNT FOUR
### (Against All Defendants)
### UNFAIR COMPETITION (BUS. & PROF. CODE SECTION 17200)

127.    Defendant repeats and re-alleges its responses to Paragraph 1 through 126 as through fully set forth herein.

128.    Paragraph 128: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

129.    Defendant 129: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

130.    Paragraph 130: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

131.     Paragraph 131:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

132.     Paragraph 132:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

133.     Paragraph 133:  Defendant prays Plaintiffs receive nothing from this action, including, but not limited to injunctive relief.

**COUNT FIVE**
**(Against all Defendants)**
**RICO CONSPIRACY**

134.     Defendant repeats and re-alleges its responses to Paragraph 1 through 133 as through fully set forth herein.

135.     Paragraph 135:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

136.     Paragraph 136:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant admits that it is a corporation formed under the laws of the State of California.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against it in this paragraph, and therefore denies it.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

137.     Paragraph 137:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

138.     Paragraph 138:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendant in this paragraph, and therefore denies them.

139.    Paragraph 139:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

140.    Paragraph 140:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

141.    Paragraph 141:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

142.    Paragraph 142:  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.  To the extent that any allegations in this paragraph is against this Defendant, Defendant denies them.

143.    Paragraph 143:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

144.    Paragraph 144:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

145.    Paragraph 145:  Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

146.    Paragraph 146:  This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.  Additional,

Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

147. Paragraph 147: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them. Additional, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

148. Paragraph 148: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

149. Paragraph 149: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

150. Paragraph 150: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

151. Paragraph 151: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

152. Paragraph 152: This paragraph states legal conclusion, which no response is required. To the extent a response is required, Defendant denies the allegations against it in this paragraph.

DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

153.   Paragraph 153: This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.  Additional, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

154.   Paragraph 154: This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

155.   Paragraph 155: This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

156.   Paragraph 156: This paragraph states legal conclusion, which no response is required.  To the extent a response is required, Defendant denies the allegations against it in this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations against other named Defendants in this paragraph, and therefore denies them.

## <u>FIRST AFFIRMATIVE DEFENSE</u>
**(Failure to State a Cause of Action)**

157.   Plaintiffs' Amended Complaint, and each and every purported cause of action or purported cause of action contained therein, fails to set forth facts sufficient to state a cause of action.

//

//

//

## SECOND AFFIRMATIVE DEFENSE
### (Statutes of Limitations)

158.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, is barred by all applicable statutes of limitation, including, but not limited to, Code of Civil Procedure Section 337, 338, 339, 341 and 343, Civil Code section 3426.6 and all related statutes and laws applicable herein.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Register)

159.    Any statutory damages or attorney's fees award claimed by the Plaintiff are barred or limited by Plaintiff's failure to register its alleged trademarks or trade dress.

## FOURTH AFFIRMATIVE DEFENSE
### (Laches)

160.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, is barred due to their tardiness in asserting their purported right to recover, thus Plaintiff's claims should be barred by the equitable doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE
### (Estoppel)

161.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, is barred because Plaintiffs have engaged in conduct with respect to the activities and/or property which are the subject of the Complaint, and by reason of said activities and conduct, are estopped from asserting any claim or damages or seeking any other relief against this answering Defendant.

## SIXTH AFFIRMATIVE DEFENSE
### (Waiver)

162.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, are barred because Plaintiffs have engaged in conduct and activities sufficient to constitute a waiver.

//

//

//

## SEVENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

163.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, are barred because of Plaintiff's unlawful, immoral careless, negligent and other wrongful conduct, thus Plaintiffs should be barred from recovering from this answering Defendant by the equitable doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE
### (Innocent Infringement)

164.    To the extent that Defendant has infringed any materials protected by alleged trademarks or trade dress held by Plaintiffs, such infringement was innocent.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

165.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, are barred because Plaintiffs have failed to exercise reasonable care and diligence to avoid loss and minimize damages and, therefore, Plaintiffs may not recover for losses which could have been prevented by reasonable efforts on their own part, or by expenditures that might reasonably have been made.  Therefore, Plaintiff's recovery, if any, should be reduced by the failure of Plaintiffs to mitigate their damages.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Damages)

167.    Plaintiffs' Amended Complaint, and each and every cause of action or purported cause of action contained therein, is barred because Plaintiffs did not suffer any actual damages as a result of the acts and omissions alleged in the Complaint as to this answering Defendant

//

//

//

//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

### ELEVENTH AFFIRMATIVE DEFENSE
#### (Lack of Secondary Meaning and Mark is Generic)

168.    Plaintiff's Complaint, and each and every cause of action contained therein, is barred by the absence of secondary meaning associated with Plaintiff's alleged trademark and the fact the alleged trademark is generic.

### TWELFTH AFFIRMATIVE DEFENSE
#### (Merely Descriptive Mark)

169.    Plaintiff's Complaint, and each and every cause of action contained therein, is barred because Plaintiff's alleged trademark is merely a descriptive mark and Plaintiff does not have an exclusive right to use it in commerce.

### THIRTEENTH AFFIRMATIVE DEFENSE
#### (Unprotectable Subject Matter)

170.    Plaintiffs' Complaint, and each and every cause of action contained therein, is barred because Plaintiff's alleged trade dress covers unprotectable subject matter.

### FOURTEENTH AFFIRMATIVE DEFENSE
#### (Lack of Standing)

171.    Plaintiffs' Complaint, and each and every cause of action or purported cause of action contained therein, are barred because Plaintiffs do not have standing to raise the cause of action alleged in Plaintiffs' Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE
#### (Actions in Good Faith)

172.    Recovery for the actions alleged by Plaintiffs in the Complaint is barred in whole or in part on the grounds that the alleged actions were taken with good and just cause, in good faith, with substantial justification and were privileged.

### SIXTEENTH AFFIRMATIVE DEFENSE
#### (Bad Faith)

173.    Plaintiffs' Complaint, and each and every cause of action or purported cause of action contained therein, are barred because the allegations and claims asserted in Plaintiffs' Complaint have always been and continue to frivolous, unreasonable, groundless and motivated by Plaintiffs' bad faith.

---

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Lack of Intent)

174.    Plaintiffs' Complaint, and each and every cause of action or purported cause of action contained therein, is barred because Defendants and its agents did not intend the alleged result and alleged consequences complained of in the Complaint, thus barring any recovery in these actions.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Failure to Provide Notice)

175.    Any damages claimed by Plaintiffs in their Complaint are barred or limited by Plaintiffs' failure to affix notices on any of its alleged trademarks and trade dress.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Plaintiffs' Conduct)

176.    Plaintiffs' Complaint, and each and every cause of action or purported cause of action contained therein, are barred because the damages suffered by Plaintiff, if any, were the direct and proximate result of Plaintiff's own negligence, conduct, acts, omissions, or failure to exercise reasonable care in protecting their own interests, and did not in any event result from any conduct or acts by Defendants.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Justification and Privilege)

177.    The Complaint and each cause of action therein, are barred because the alleged acts, if any, are justified and privileged.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Fair Use)

178.    Plaintiffs' Complaint and each cause of action therein, are barred by the doctrine of fair use because the Defendant has the right to use generic terms to describe its own goods and services and not as a source indicator, and thus constitutes and non-fringing fair use and *de minimis* use under United States law.

**24**

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Privity)

179.    Plaintiffs' Complaint and each cause of action therein are barred by the doctrine of privity because there is no contractual relationship between Plaintiffs and this answering Defendant.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Bona Fide Purchaser)

180.    Plaintiffs' Complaint and each cause of action therein are barred as this answering Defendant is a bona fide purchaser for value without notice.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

181.    Plaintiffs' Complaint and each cause of action therein are barred to the extent Plaintiffs seek equitable relief because they have adequate remedy at law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Legitimate Business Purposes)

182.    Defendant cannot be liable for any alleged violation of the Unfair competition Law, California Business and Professions Code §17200 et seq., because its actions were not unfair, fraudulent, nor likely to mislead, and its conduct and dealings were lawful, as authorized by applicable state and federal statutes, rules, and regulations, and such actions, conduct, and dealings were carried out in good faith and for legitimate business purposes.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Unconstitutionally Vague)

183.    Plaintiffs' purposed cause of action under California Busiesns and Professions Code §17200 et se. is unconstitutionally vague under the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution to the extent California's Unfair Competition Law purports to allow recovery for unfair business practices.

//

//

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Taking)

184.    Any award of restitution under California Business & Professions Code Sections 17200 et seq. would constitute a taking of property without just compensation in violation of the Takings Clauses of the Fifth Amendment of the United States Constitution (as incorporated into the Fourteenth Amendment to the United States Constitution) and of Article I, Section 19 of the California Constitution.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Improper Remedies)

185.    The purported cause of action under Section 17200 et seq. of the California Business and Professions Code is barred to the extent it seeks improper remedies.

## TWENTY-NINTH AFFIRMATIVE DEFENSE
### (Unconstitutional Excessive Fines)

186.    Plaintiffs' complaint, to the extent it seeks exemplary or punitive damages, violates the due process and excessive fines clause under the United States and California Constitutions.

## THIRTIETH AFFIRMATIVE DEFENSE
### (Punitive Damages- No Malice, Fraud, or Oppression)

187.    To the extent Plaintiffs seek punitive or enhanced damages, because neither Defendant nor its agents, if any, acted with malice, fraud, oppression, or any other state sufficient to sustain punitive or enhanced damages with respect to Plaintiffs.

## THIRTY-FIRST AFFIRMATIVE DEFENSE
### (Acts of Omissions of Plaintiffs)

188.    The alleged claims in Plaintiffs' Complaint are barred to the extent that damages, if any, resulted from the acts and/or omissions of Plaintiffs.

//
//
//
//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

### THIRTY-SECOND AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

189.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent they have been settled, released, and/or are subject to an accord and satisfaction.

### THIRTY-THIRD AFFIRMATIVE DEFENSE
### (Arbitration and Award)

190.     Plaintiffs' Compliant, and each and every purported cause of action contained therein, is barred in whole or in part to the extent they are subject to award by arbitration.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

191.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent Plaintiffs has expressly and knowingly agreed, verbally or in writing, to the acts or omissions alleged in the Complaint.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE
### (Duress)

192.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent the acts or omissions allegedly committed by this answering Defendant was under duress.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE
### (Failure of Consideration)

193.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent there is lack of consideration on Plaintiffs' part.

//
//
//
//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE
**(Fraud)**

194.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent the he acts or omissions allegedly committed by this answering Defendant were responsive Plaintiff's intentional or reckless false representation.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE
**(Illegality)**

195.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent any and all acts or omissions contemplated by contracts and or agreements such causes action arising from are illegal.

### THIRTY-NINTH AFFIRMATIVE DEFENSE
**(License)**

196.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent this answering Defendant has been granted, or assigned a legal right to use the goods or properties that are the subject of this action.

### FORTIETH AFFIRMATIVE DEFENSE
**(Payment)**

197.     Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part to the extent Defendants discharged Plaintiffs' claims, and each item of it, by payment.

### FORTY-FIRST AFFIRMATIVE DEFENSE
**(Settlement/Release)**

198.     The Complaint, and each and every purported of cause of action contained therein, is barred in whole or in part to the extent they have been settled, released, and/or are subject to an accord and satisfaction.

//

### FORTY-SECOND AFFIRMATIVE DEFENSE
**(Res Judicata and/or Collateral Estoppel)**

199.    The Complaint is barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel as to Plaintiff and members of the putative class to the extent their claims have been adjudicated in other proceedings. Likewise, Plaintiff's effort to have this case certified as a class action is barred by the doctrines of res judicata and/or collateral estoppel.

### FORTY-THIRD AFFIRMATIVE DEFENSE
**(Statute of Frauds)**

200.    Plaintiffs' Complaint, and each and every purported cause of action contained therein, is barred in whole or in part under the Statute of Frauds.

### FORTY-FOURTH AFFIRMATIVE DEFENSE
**(First Amendment)**

201.    The Complaint is barred, in whole or in part, by the First Amendment to the United States Constitution.

### FORTY-FIFTH AFFIRMATIVE DEFENSE
**(First Amendment)**

202.    The Complaint is barred, in whole or in part, by the First Amendment to the United States Constitution.

### FORTY-SIXTH AFFIRMATIVE DEFENSE
**(Additional Defenses)**

203.    As a separate affirmative defense to Plaintiffs' Complaint, and each and every cause of action or purported cause of action therein, Defendant alleges that they may have additional defenses currently unknown to Defendants which may be ascertained during the course of these proceeding. Defendants, therefore, reserves the right to assert additional defenses should it become desirable or necessary to do so to conform to proof.

//

//

//

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

**WHEREFORE**, Defendant prays for judgment against Plaintiffs as follows:

1.      That Plaintiffs take nothing by way of its complaint on file herein;

2.      That the complaint be dismissed with prejudice as to this answering Defendant;

3.      For reasonable attorney's fees herein incurred;

4.      For costs of suit herein incurred; and

5.      For trial by jury;

5.      For such other and further relief as the court may deem just and proper.

Dated: July 26, 2016                    **LAW OFFICES OF ALEX L. BENEDICT &
                                        ASSOCIATES, APLC.**


                                        __/s/Alex L.Benedict_____
                                        ALEX L. BENEDICT
                                        MICHELLE K. L. LE
                                        Attorneys for Defendant,
                                        NAIL MAXX PRODUCTS, INC.

**DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT
FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANT NAIL MAXX PRODUCTS, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND RICO"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _7/26/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐        Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 7/26/2016 | Jaci Phu | |
| *Date* | *Printed Name* | *Signature* |

### SERVICE LIST

Todd Matthew Malynn
Adam Peter Daniels
Jose Mariano Castillo
Polsinelli LLP
2049 Century Park East Suite 2900
Los Angeles, CA 90067
tmalynn@polsinelli.com
adaniels@polsinelli.com
castillo@castillolaw.com
For Plaintiffs Nail Alliance LLC, and Hand
and Nail Harmony, Inc.

Stephen Douglas Collins,
Kevin W. Isaacson
Curtis R. Tingley
Tingley Law Group PC
10 Almaden Boulevard Suite 960
San Jose, CA 95113
scollins@tingleylawgroup.com
kisaacson@tingleylawgroup.com
ctingley@tingleylawgroup.com
For Defendant A&A Nail Supply & Danny
Tran

Roger J Buffington
Buffington Law Firm
2151 Michelson Drive, Suite 232
Irvine, CA 92612
notice@buffingtonlawfirm.com
For Cali Beauty Supply Inc.

Justin Ledden
Justin Ledden Attorney at Law
555 W 5th Street
31th Floor
Los Angeles, CA 90013
jleddenlaw@gmail.com
For Defendant JC Supply Inc.

Jason S Roberts
Grant Genovese and Baratta LLP
2030 Main Street Suite 1600
Irvine, CA 92614
jsr@ggb-law.com
For Defendant Xuan Thi Lam

Peter Ko Chu
Tony Wingkit Wong
D & R IP Law Frim APLC
388 East Valley Boulevard Suite 223
Alhambra, CA 91801
626-447-7788
626-447-7783 (fax)
peterc@dnriplaw.com
tonyw@dnriplaw.com
For Defendants Val USA Manufacturer Inc.
and Iris Zhen