**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:   310.556.1802
Email:         tmalynn@polsinelli.com
                   adaniels@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA  90017-2704
Telephone:  213.622.6555
Facsimile:   213.622.5781
Email:         Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>          Plaintiffs,<br>     v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; CHAU THI NGOC LE, a California resident; GEL NAIL SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, a California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, a California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California corporation; JACKIE BEAUTY | Case No. SACV16-00969 DOC(JEMx)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KMB NAILS & BEAUTY PRODUCTS, INC. WITH PREJUDICE** |

SUPPLY, a California business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, a California business; NAILS LOUNGE, LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a California corporation; BRYAN TRAN, a California resident; TODAY NAILS (a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive,

Defendants.

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. Pro. 41(a)(1) and a confidential settlement agreement, Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively, "Plaintiffs") hereby voluntarily dismiss with prejudice Defendant KMB Nails & Beauty Products, Inc. Defendant KMB Nails & Beauty Products, Inc. has not appeared or served any answer or moved for

summary judgment. Accordingly, this Defendant may be dismissed without stipulation or court order. No other defendant is affected by this notice.

Dated: August 26, 2016

Respectfully submitted,

**POLSINELLI LLP**

By: /S/TODD MALYNN
Todd M. Malynn, Esq.
Adam P. Daniels, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 26, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: August 26, 2016                POLSINELLI, LLP


                                      By: /s/AJ Cruickshank
                                          AJ Cruickshank

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Polsinelli, LLP, .2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

On August 26, 2016 served the document(s) described as:

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KMB NAILS & BEAUTY PRODUCTS, INC. WITH PREJUDIC

on parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Yen Quach
Paralegal to Calvin Schneider, Esq.
**VIEFHAUS & SCHNEIDER, APLC**
18377 Beach Boulevard, Suite 331
Huntington Beach, California 92648

☒ MAIL: I am readily familiar with this business's practice for collecting and processing correspondence for mailing. Following our ordinary business practices, the document is placed for collection and mailing on the same day that is deposited with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that upon motion of a party served, service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

☐ BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 26, 2016 at Los Angeles, California.

| AJ Cruickshank | /s/AJ Cruickshank |
|---|---|
| Print Name | Signature |

54594504.3