**FLEXPOLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:  310.556.1802
Email:    tmalynn@polsinelli.com
          adaniels@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA  90017-2704
Telephone:  213.622.6555
Facsimile:  213.622.5781
Email:    Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>    Plaintiffs,<br>  v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; CHAU THI NGOC LE, a California resident; GEL NAIL SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, a California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, a California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California corporation; JACKIE BEAUTY | Case No. SACV16-00969 DOC(JEMx)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FLEX NAILS & BEAUTY SUPPLY (A.K.A., NAIL & BEAUTY SUPER STORE) WITH PREJUDICE** |

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

55081221.1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | SUPPLY, a California business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, a California business; NAILS LOUNGE, LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a California corporation; BRYAN TRAN, a California resident; TODAY NAILS (a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive, |
| | Defendants. |

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. Pro. 41(a)(1) and a confidential settlement agreement, Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively, "Plaintiffs") hereby voluntarily dismiss with prejudice Defendant Flex Nails & Beauty Supply (a.k.a., Nail & Beauty Super Store). Defendant Flex Nails & Beauty Supply (a.k.a., Nail & Beauty Super Store) has not appeared or served any answer or moved for summary judgment.

1  Accordingly, this Defendant may be dismissed without stipulation or court order.
2  No other defendant is affected by this notice.

4  Dated: October 25, 2016                    Respectfully submitted,

5                                             **POLSINELLI LLP**

7                                             /S/TODD MALYNN
                                        By:   Todd M. Malynn, Esq.
                                              Adam P. Daniels, Esq.
                                              2049 Century Park East, Suite 2900
                                              Los Angeles, CA 90067
                                              Telephone:  (310) 556-1801
                                              Facsimile:   (310) 556-1802
                                              tmalynn@polsinelli.com

                                              *Attorneys for Plaintiffs*
                                              HAND & NAIL HARMONY, INC.,
                                              NAIL ALLIANCE, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 25, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: October 25, 2016                    POLSINELLI, LLP


                                        By: /s/AJ Cruickshank
                                            AJ Cruickshank