1  **POLSINELLI LLP**
   Todd M. Malynn (CA Bar No.181595)
2  Adam P. Daniels (CA Bar No. 296466)
   2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
   Telephone: 310.556.1801
4  Facsimile: 310.556.1802
   Email: tmalynn@polsinelli.com
5  adaniels@polsinelli.com

6  Jose Mariano Castillo
   Jose M. Castillo Law Offices
7  800 W. 6th Street, Suite 900
   Los Angeles, CA 90017-2704
8  Telephone: 213.622.6555
   Facsimile: 213.622.5781
9  Email: Castillo@castillolaw.com

10 *Attorneys for Plaintiffs*
   HAND & NAIL HARMONY, INC., and
11 NAIL ALLIANCE, LLC

12          **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation, | Case No. SACV16-00969 DOC(JEMx) |
| 16 | The Honorable David O. Carter |
| 17                    Plaintiffs, | **AMENDED NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE (C.C.P. § 425.15 ANTI-SLAPP MOTION)** |
| 18          v. | |
| 19  ABC NAIL AND SPA PRODUCTS, a California business; CHAU THI NGOC LE, a California resident; GEL NAIL SUPPLY, LLC, a California business; ANH Q. LE (a.k.a. Mimi), a California citizen; VAL USA MANUFACTURER, INC. (d.b.a. Val Gel Polish Manufacturer), a California corporation; IRIS ZHEN, a California resident; VIP NAIL PRODUCTS, INC., a California corporation; CINDY TRINH, a California resident; LINDSIDE PHAM, a California resident; V&V BEAUTY SUPPLIES, a California business; XUAN THI LAM, a California citizen; KMB NAILS & BEAUTY PRODUCTS, INC., a California corporation; CT TRADING, INC., a California corporation; JACKIE BEAUTY SUPPLY, a California | Date: December 12, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>411 W. Fourth Street<br>Santa Ana, CA 92701<br><br>Complaint Filed: May 26, 2016<br>Trial: November 28, 2017 |

| | |
|---|---|
| 1 | business; NAIL MAXX PRODUCTS, INC., a California corporation; KASHI BEAUTY SUPPLY, a California business; NAILS LOUNGE, LLC, a Nevada corporation; CALI BEAUTY SUPPLY, INC. (d.b.a., CALNAILSUPPLY.COM), a California corporation; BRYAN TRAN, a California resident; TODAY NAILS (a.k.a., Nails Today, LLC), a Nevada Business; HAI T. NGUYEN, a Nevada resident; BAO TOAN LE (a.k.a, Toan), a Nevada resident; DL BEAUTY SUPPLY, LLC (d.b.a., Hollywood Beauty Supply), a Nevada corporation; DERICK Q. LUU (a.k.a., Tony), a Nevada resident; DIRECT BEAUTY SUPPLY, LLC, a Nevada corporation; RYAN DO (a.k.a., Jimmy), a Nevada resident; U.S. MAXIM NAIL SUPPLY CORPORATION, a Texas business; U.S. MAXIM NAIL SUPPLY OUTLET, INC., a Virginia business; QUALITY BEAUTY & NAILS SUPPLY, INC., a Missouri business; A&A NAIL SUPPLY, INC., a Nebraska Business; DANNY TRAN, a Nebraska resident; NAILMARK'S III, INC., a Florida corporation; MT BEAUTY SUPPLY, a South Carolina business; JC SUPPLY, INC., a Georgia business; KHUONG LIEN PHAN, a Georgia resident; ABUBACAR NESSER (a.k.a., Tony), a Georgia resident; FLEX NAILS & BEAUTY SUPPLY (a.k.a., Nail & Beauty Super Store), a Canadian business; and DOES 1 through 100, inclusive, |
| | Defendants. |

1  **TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 12, 2016, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-captioned Court, located at 411 West Fourth Street, Santa Anna, California, 92701, Plaintiffs/Counter-Defendants Hand & Nail Harmony, Inc. ("Harmony") and Nail Alliance, LLC ("Nail Alliance") (collectively, the "Harmony Parties") will and hereby do move this Court under California Code of Civil Procedure section 425.16 for an order (1) striking or dismissing the First Amended Counterclaim ("Counterclaim") filed by Defendant/Counter-Claimant Val USA Manufacturer, Inc. ("Val USA"), including Count I for Tortious Interference with Business Relations and Count II for State Unfair Competition (Cal. Bus. & Prof. Code § 17200 *et seq.*), (2) staying discovery on the Counterclaim, and (3) awarding the Harmony Parties their attorneys' fees in connection with this matter (the "Motion").

The Motion is made and based on the following grounds:

1. Val USA's Counterclaim seeks to hold the Harmony Parties liable based on the exercise of their "constitutional rights of freedom of speech and petition for redress of grievances" (Cal. Civ. Proc. Code § 425.16(a));

2. Val USA's Counterclaim, and each cause of action asserted therein, is subject to a special motion to strike because it arises from acts of the Harmony Parties "in furtherance of [their] right of petition or free speech under the United States Constitution or the California Constitution in connection with a public issue" (*id.* § 425.16(b)(1)) within the meaning of Code of Civil Procedure section 425.16 (e), subdivisions (1) to (4);

3. Anti-SLAPP motions in federal court directed to state-law counterclaims are proper. *See United States v. Lockheeed Missiles & Space Co., Inc.,* 190 F.2d 963, 970-71 (9th Cir. 1999); *Nathan v. Boeing Co.,* 116 F.3d 422, 423 (9th Cir. 1997);

4. Attorneys' fees to a prevailing counter-defendant are directed by statute (Civ. Proc. Code § 425.16(c)(1)); and

5. A discovery stay on the challenged pleading is directed by statute (Civ. Proc. Code § 425.16(g)).

NOTICE IS FURTHER GIVEN THAT the Motion was made following a series of conferences of counsel pursuant to L.R. 7-3, beginning on October 17, 2016.

The Motion is made and based on this Amended Notice, the previously submitted Memorandum of Points and Authorities [Dkt. 111], the previously submitted Declaration of Steven R. Malynn [Dkt. 111-1], the previously submitted Proposed Order [Dkt. 111-2], the records and files in this action, and such other matter, evidence and argument as may be presented at or prior to the hearing on the Motion.

Dated: November 8, 2016　　　　　　　　　　Respectfully submitted,

**POLSINELLI LLP**

By: /s/Todd M. Malynn
Todd M. Malynn, Esq.
Adam P. Daniels, Esq.
*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 14, 2016, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: November 14, 2016                    POLSINELLI, LLP


                                            By: /s/AJ Cruickshank
                                                AJ Cruickshank