Tony W. Wong (CA State Bar No. 243324)
A. Justin Lum, *Of Counsel* (CA State Bar No. 164882)
Peter K. Chu (CA State Bar No. 251705)
D&R I.P. LAW FIRM, APLC
388 E. Valley Blvd., Suite 223
Alhambra, CA 91801
Telephone: (626) 447-7788
Facsimile: (626) 447-7783
Email: tonyw@dnriplaw.com
          justinl@dnriplaw.com
          peterc@dnriplaw.com

Attorneys for Defendants
VAL USA MANUFACTURER, INC.
and IRIS ZHEN

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; IRIS ZHEN; et al.<br><br>Defendants. | Case No. SACV16-00969 DOC (JEMx)<br><br>**DECLARATION OF IRIS ZHEN IN SUPPORT OF VAL USA MANUFACTURER, INC.'S OPPOSITION TO PLAINTIFFS/COUNTER-DEFENDANTS' SPECIAL MOTION TO STRIKE (C.C.P. §425.15) AND RULE 12(b)(6) MOTION TO DISMISS**<br><br>**Date: December 12, 2016**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 9D**<br>**Complaint Filed: May 26, 2016**<br>**Trial: November 28, 2017** |

VAL USA MANUFACTURER, INC.
(a.k.a., Val Gel Polish Manufacture), a
California corporation,

Counterclaimants,

v.

HAND & NAIL HARMONY, INC., a
California corporation, NAIL ALLIANCE,
LLC, a Delaware corporation, and ROES 1
to 10,

Counter-Defendants.

## DECLARATION OF IRIS ZHEN

I, IRIS ZHEN, declare:

    1.    I am an individual over eighteen years of age.

    2.    I submit this declaration in support of VAL USA MANUFACTURER, INC.'S OPPOSITION TO PLAINTIFFS/COUNTER-DEFENDANTS' SPECIAL MOTION TO STRIKE (C.C.P. §425.15) AND RULE 12(b)(6) MOTION TO DISMISS.

    3.    I am the General Manager of VAL USA MANUFACTURER, INC. ("VAL"), a defendant and the counterclaimant in above entitled action. As such I have personal knowledge of the matters pertaining to VAL. I am also one of the defendants in this action.

    4.    Feliz Tseng ("Tseng") is a sales representative and an employee of VAL. Tseng had also been one of the defendants in this law suit until dismissed by Plaintiffs.

    5.    All the documents that are attached to this declaration were examined by me personally and were removed, made available, and produced for this

declaration by myself or under my direction.

6.      Also, as a general manager of VAL, I have access to all the email communications related to the business of VAL.

7.      Further, except as indicated otherwise, all statements in this declaration are based upon my personal knowledge. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein.

8.      VAL is an OEM manufacturer of nail products, supplying products such as foundation and tops coats for other companies, including the competitors of Plaintiffs.

9.      VAL does not design any labels for the nail products it produces. VAL may put the labels designed by its customers upon request.

10.     However, VAL has never printed, used, or put any GELISH brand labels on any products. In fact, VAL has never produced or filled an order to produce any nail care products in bottles with GELISH brand labels.

11.     Neither I nor VAL has ever agreed to enter into any contract with anyone, including Jim Phan, an undercover investigator for Plaintiff, to produce counterfeit GELISH brand products. Nor has Phan or Plaintiffs produced a copy of any such contract for myself or my attorney.

12.     The bottle with the GELISH brand labels shown to Jim Phan during the meeting where he lied about working for a nail product company, was a genuine GELISH brand product purchased by me in Chinatown in Los Angeles a while ago. Phan took the bottle with him after the meeting

13.     After being served with this law suit, I retained D&R IP Law Firm to defend against the allegations of this law suit vigorously as such accusations, if made known to VAL's customers, will be disastrous to VAL's business.

14.     To my horror, I discovered that Plaintiff did not just file a law suit but Plaintiffs also published an article in a magazine called NAILPRO, which is one of the most widely read magazines by those engaged in the nail care product industry

stating that a court actually discovered "enough evidence to **prove** Val USA's involved in the manufacturing of counterfeit Gelish products." ("Nailpro Article"). A true and correct copy of Nailpro Article is attached and incorporated herein by reference as Exhibit "A."

15.     I also discovered that Plaintiff contacted VAL's customers and/or business associates and affirmatively stated that there was sufficient evidence that VAL produced counterfeit GELISH Brand products in a letter dated July 20, 2016 ("July 20 Letter"), a true and correct copy of which is attached to the counterclaims and now to this declaration as Exhibit "B."

16.     It is my understanding that there has not been a trial in this case and Plaintiffs have not definitively proved anything. I know this court rendered a final judgment. There was no trial yet.

17.     It is my belief that Plaintiffs knew that such false statements can be ruinous for VAL.

18.     As expected, my customers and business associates accused me of counterfeiting GELISH brand products and did not want to continue the business relationship with VAL.

19.     One of such business associates is LeChat Nail Care Products ("LeChat"). On information and belief, LeChat is one of the recipients of July 20 Letter. LeChat no longer wants to do business with VAL.

20.     Attached as Exhibit C to this declaration is a true and correct copy of an email from Newton Luu, who is the president of LeChat Nail Care Products, to Tseng as an employee of VAL.

21.     Because LeChat has refused to continue to work with VAL, VAL has lost money that it should have earned.

22.     I have not determined the full scope of the damages caused by July 20 Letter.

23.     VAL and I had intended to vigorously defended this law suit since it

was filed 6 months ago in May and have done so.

24.     VAL had no intention and, as such, did not file any counterclaims against Plaintiffs for the first 4 months of this law suit.

25.     After the court has a chance to see and hear all of the evidence, I was confident that VAL will prevail against Plaintiffs. In fact, my attorney informed me that Plaintiffs already have agreed to dismiss their RICO Conspiracy claim against me and VAL.

26.     However, after discovering that Plaintiffs reached out to my customers and business associates and VAL lost its customers, VAL had to exercise its own petition rights guaranteed under First Amendment.

27.     Therefore, VAL decided to seek damages for the losses caused by Plaintiffs' false and premature statements.

28.     Of more than 20 defendants in this law suit, July 20 letter mentions only VAL by name. Therefore, I believe Plaintiffs are targeting VAL specifically because VAL and I are the only ones still defending this law suit.

29.     I believe Plaintiffs, who are a large business, filed this Special Motion to Strike to chill VAL's right to seek redress for Plaintiffs' interference with VAL's business and its unfair competitive activities with false and premature statements to VAL's customers.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own knowledge

        Executed on November _____, 2016, at_____, China
                                                        (City)

1

2    _____
     Iris Zhen, Declarant
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Alhambra, California. I am over the age of 18 and not a party to the within action. My business address is 388 E. Valley Blvd., Suite 223, Alhambra, California 91801. On the below execution date I served the within **VAL USA MANUFACTURER, INC. AND IRIS ZHEN'S ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIMS** to the parties or their counsel shown below:

| | |
|---|---|
| Todd Matthew Malynn<br>Adam Peter Daniels<br>Polsinelli LLP<br>2049 Century Park East Suite 2900<br>Los Angeles, CA 90067 | Roger J Buffington<br>Buffington Law Firm<br>2151 Michelson Drive, Suite 232<br>Irvine, CA 92612 |
| Curtis R Tingley<br>Kevin W Isaacson<br>Stephen Douglas Collins<br>Tingley Law Group PC<br>10 Almaden Boulevard Suite 430<br>San Jose, CA 95113 | Justin Ledden<br>Justin Ledden Attorney at Law<br>555 W 5th Street<br>31th Floor<br>Los Angeles, CA 90013 |
| Jason S Roberts<br>Grant Genovese and Baratta LLP<br>2030 Main Street Suite 1600<br>Irvine, CA 92614 | Jose Mariano Castillo<br>Jose M Castillo Law Offices<br>800 West 6th Street<br>Suite 900<br>Los Angeles, CA 90017-2704 |

X (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2016 at Alhambra, California.

___s/Jeffrey Vien/_____
Jeffrey Vien