Tony W. Wong (CA State Bar No. 243324)
A. Justin Lum, *Of Counsel* (CA State Bar No. 164882)
Peter K. Chu (CA State Bar No. 251705)
D&R I.P. LAW FIRM, APLC
388 E. Valley Blvd., Suite 223
Alhambra, CA 91801
Telephone: (626) 447-7788
Facsimile: (626) 447-7783
Email: tonyw@dnriplaw.com
justinl@dnriplaw.com
peterc@dnriplaw.com

Attorneys for Defendants
VAL USA MANUFACTURER, INC.
and IRIS ZHEN

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,

Plaintiffs,

v.

ABC NAIL AND SPA PRODUCTS, a California business; GEL NAIL SUPPLY, a California business; VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation; IRIS ZHEN; et al.

Defendants.

Case No. SACV16-00969 DOC (JEMx)

**VAL USA MANUFACTURER, INC.'S EVIDENTIARY OBJECTION TO PORTIONS OF DECLARATION OF STEVEN R. MALYNN IN SUPPORT OF PLAINTIFFS/COUNTER-DEFENDANTS' SPECIAL MOTION TO STRIKE (C.C.P. §425.15) AND RULE 12(b)(6) MOTION TO DISMISS**

**Date: December 12, 2016**
**Time: 8:30 a.m.**
**Place: Courtroom 9D**
**Complaint Filed: May 26, 2016**
**Trial: November 28, 2017**

VAL USA MANUFACTURER, INC. (a.k.a., Val Gel Polish Manufacture), a California corporation,

Counterclaimants,

v.

HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation, and ROES 1 to 10,

Counter-Defendants.

Plaintiffs and Counter-Defendants submitted DECLARATION OF STEVEN R. MALYNN in Support of Plaintiffs/Counter-Defendants' Special Motion to Strike (C.C.P. §425.15) ("Malynn Declaration").

Defendant and Counterclaimant VAL USA MANUFACTURER, INC. ("VAL") objects to and moves to strike the following portion of Malynn Declaration on the state grounds below:

| **STATEMENT** | **GROUND** |
|---|---|
| 1. **Portions of Paragraph 17**, which states: "To our knowledge none of the individuals who we provided the July Letter has a relationship with Defendant Val USA" | • Hearsay (*Fed. Rule Evid.* 801 *et. seq.*)<br>• Lack of foundation, ( *Fed. Rule Evid.* 602; *see* Malynn Declaration, ¶18.) |
| 2. Paragraph 3 in its entirety | • Lack of foundation, ( *Fed. Rule Evid.* 602) |
| 3. Paragraph 6 in its entirety | • Hearsay (*Fed. Rule Evid.* 801 *et. seq.*) |

| | |
|---|---|
| | • Lack of foundation Lack of foundation, ( *Fed. Rule Evid.* 602) |
| 4. Portion of Paragraph 12, which states: " The identification of the Defendants in this action, includi8ng Val USA Manufacturing, Inc. ("Val USA"), was derived from the investigation conducted in response to the complaints from our sales force. | • Hearsay (*Fed. Rule Evid.* 801 *et. seq.*)<br>• Lack of foundation ( *Fed. Rule Evid.* 602) |

For the grounds set forth above, the portions of Malynn Declaration identified above should be excluded in this Court's evaluation and ruling of Plaintiffs/Counter-Defendants' Special Motion to Strike (C.C.P. §425.15) Counterclaims by VAL.

Dated: November 21, 2016

D&R I.P. LAW FIRM, APLC

s/Tony W. Wong/
TONY W. WONG

Attorneys for Defendants
VAL USA MANUFACTURER, INC.
and IRIS ZHEN

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Alhambra, California. I am over the age of 18 and not a party to the within action. My business address is 388 E. Valley Blvd., Suite 223, Alhambra, California 91801. On the below execution date I served the within **VAL USA MANUFACTURER, INC.'S EVIDENTIARY OBJECTION TO PORTIONS OF DECLARATION OF STEVEN R. MALYNN** to the parties or their counsel shown below:

| | |
|---|---|
| Todd Matthew Malynn<br>Adam Peter Daniels<br>Polsinelli LLP<br>2049 Century Park East Suite 2900<br>Los Angeles, CA 90067 | Roger J Buffington<br>Buffington Law Firm<br>2151 Michelson Drive, Suite 232<br>Irvine, CA 92612 |
| Curtis R Tingley<br>Kevin W Isaacson<br>Stephen Douglas Collins<br>Tingley Law Group PC<br>10 Almaden Boulevard Suite 430<br>San Jose, CA 95113 | Justin Ledden<br>Justin Ledden Attorney at Law<br>555 W 5th Street<br>31th Floor<br>Los Angeles, CA 90013 |
| Jason S Roberts<br>Grant Genovese and Baratta LLP<br>2030 Main Street Suite 1600<br>Irvine, CA 92614 | Jose Mariano Castillo<br>Jose M Castillo Law Offices<br>800 West 6th Street<br>Suite 900<br>Los Angeles, CA 90017-2704 |

X (BY ECF NOTIFICATION) I filed this document electronically with PACER/ECF and stated parties received notification by e-mail from the ECF filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 21, 2016 at Alhambra, California.

__s/Jeffrey Vien/________________
Jeffrey Vien