**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA 90017-2704
Telephone: 213.622.6555
Email: Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC. and
NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>ABC NAIL AND SPA PRODUCTS, et al.<br><br>Defendants. | Case No. SACV16-00969 DOC (JEMx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANTS A&A NAIL SUPPLY, INC. AND DANNY TRAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to a mandatory settlement conference on February 15, 2017, Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively "Plaintiffs") and Defendants A&A Nail Supply, Inc. (A&A) and Danny Tran (Tran) reached a Settlement Agreement, signed by all parties, the mediator, and an insurance carrier. The parties will file appropriate documents with the Court to resolve this matter as to Defendants A&A and Tran within 30 days.

56380425.2

1   PLEASE TAKE FURTHER NOTICE that Pursuant to Local Rule 16-15.7,
2 Hand & Nail Harmony, Inc. and Nail Alliance, LLC (hereinafter collectively
3 "Plaintiffs") and A&A Nail Supply, Inc. ("A&A") and Danny Tran hereby file this
4 Notice of Settlement with the Court.

6 Dated:  February 16, 2017             Respectfully submitted,
7                                        **POLSINELLI LLP**

9                                        /s/TODD M. MALYNN
                                    By:  Todd M. Malynn, Esq.
10
11                                       2049 Century Park East, Suite 2900
                                         Los Angeles, CA 90067
12                                       Telephone:  (310) 556-1801
                                         Facsimile:   (310) 556-1802
13                                       tmalynn@polsinelli.com

14                                       *Attorneys for Plaintiffs*
                                         *HAND & NAIL HARMONY, INC.,*
15                                       *NAIL ALLIANCE, LLC*

2

56380425.2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 1, 2017, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: February 1, 2017                              POLSINELLI, LLC


                                                     By: /s/AJ Cruickshank
                                                          AJ Cruickshank

56380425.2