**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:   310.556.1802
Email:        tmalynn@polsinelli.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC. and
NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABC NAIL AND SPA PRODUCTS, a California business; et al.,<br><br>Defendants. | Case No. SACV16-00969 DOC(JEMx)<br><br>The Honorable David O. Carter<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT VIA NAIL PRODUCTS, INC.; DECLARATION OF TODD M. MALYNN IN SUPPORT THEREOF**<br><br>Complaint Filed:     May 26, 2016<br>First Amended Complaint Filed:<br>                              June 17, 2016 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs Hand & Nail Harmony, Inc., and Nail Alliance, LLC (collectively, "Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant VIP Nail Products, Inc.. ("VIP") for failure to plead or otherwise defend against this action in a timely manner.

As evidenced by the Proof of Service [Dkt. 45], VIP was served with the summons [DE # 26] and amended complaint [Dkt. 25] on June 21, 2016, as

55859870.1

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

1    evidenced by the Proof of Service filed July 12, 2016 [Dkt. 45].

2        The above facts are set forth in the accompanying Declaration of Todd M.

3    Malynn filed in support of Plaintiffs' Request for Entry of Default.

4        Therefore, Plaintiffs request the Court enter default as to Defendant VIP.

5

6    Dated: February 23, 2017            POLSINELLI LLP

7

8                          /s/TODD M. MALYNN
                        Todd M. Malynn, Esq.

9

10                       *Attorney for Plaintiffs*
                      HAND & NAIL HARMONY, INC., and

11                       NAIL ALLIANCE, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

55859870.1

## DECLARATION OF TODD M. MALYNN

I, Todd M. Malynn, declare as follows:

1.      I am an attorney with the law firm Polsinelli PC, and lead counsel for Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC (collectively, "Plaintiffs").  I have personal knowledge of the facts in this Declaration, and if called as a witness, I could and would testify competently to these facts.

2.      Defendant VIP Nail Products, Inc. was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 21, 2016, as evidenced by the Proof of Service on file with this Court.

3.      Under Rule 12, Defendant DL Beauty was required to plead or otherwise respond to the Complaint by July 12, 2016.  The time to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any Order of the Court.

4.      Defendant DL Beauty has failed to serve or file a pleading or otherwise respond to the Complaint.  The applicable time limit for responding to the Complaint has expired.

5.      I have attached to this declaration a true and correct copy of the Proof of Service on file with this Court for the above-named Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of February, 2017 at Los Angeles, California

_____
Todd M. Malynn

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Hand & Nail Harmony, Inc., a California corporation, Nail Alliance, LLC, a Delaware corporation | ) ) ) ) ) |
| _____ Plaintiff(s) | ) ) |
| v. | ) Civil Action No. SACV 16-00969 DOC (JEMx) |
| ABC Nail and Spa Products, a California business; (See attached) | ) ) ) ) |
| _____ Defendant(s) | ) ) |

AMENDED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> VIP Nail Product, Inc.
> c/o Cindy Thao, Agent
> 12771 Pala Dr.
> Garden Grove, CA 92841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> POLSINELLI LLP
> Todd M. Malynn (CA Bar No. 181595)
> 2049 Century Park East, Suite 2900
> Los Angeles, CA 90067
> Tel: 310-556-1801 Fax: 310-556-1802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___6/17/16___

_____
Signature of Clerk or Deputy Clerk

1146

ORIGINAL

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067<br>Telephone No: 310-556-1801    FAX No: 310-556-1802 | | | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Central District Of California

*Plaintiff:* HAND & NAIL HARMONY, INC., ETC., ET AL.

*Defendant:* ABC NAIL AND SPA PRODUCTS, ETC., ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | SACV16-00969 DOC (JEMX) |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

*3. a. Party served:*     VIP NAIL PRODUCTS,, INC., A CALIFORNIA CORPORATION
    *b. Person served:*    CINDY THAO, AGENT FOR SERVICE OF PROCESS

*4. Address where the party was served:*    12771 PALA DRIVE
    GARDEN GROVE, CA 92841

*5. I served the party:*
   *b.* **by substituted service.** On: Tue., Jun. 21, 2016 at: 12:30PM by leaving the copies with or in the presence of:
     TIFFANY TRAN, MANAGER

    (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.

*7. Person Who Served Papers:*
   *a.* JAMES E. VOELKL, JR.

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   *d.* **The Fee** *for Service was:*    $117.74

   *e.* I am: (3) registered California process server

**First Legal**

600 W. Santa Ana Boulevard, Suite 101
Santa Ana, CA 92701
Telephone    (714) 541-1110
FAX         (714) 541-8182
www.firstlegalnetwork.com

    (i)    Independent Contractor
    (ii)    Registration No.:    2928
    (iii)    County:    Orange
    (iv)    Expiration Date:    Fri, Apr. 13, 2018

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Thu, Jun. 23, 2016

*(JAMES E. VOELKL, JR.)*

| Attorney or Party without Attorney:<br>TODD M. MALYNN, ESQ.<br>POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>LOS ANGELES, CA 90067<br>Telephone No: 310-556-1801    FAX No: 310-556-1802 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

| Attorney for: Plaintiff |
|---|
| Insert name of Court, and Judicial District and Branch Court: |
| United States District Court, Central District Of California |
| Plaintiff: HAND & NAIL HARMONY, INC., ETC., ET AL. |
| Defendant: ABC NAIL AND SPA PRODUCTS, ETC., ET AL. |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div.: | Case Number:<br>SACV16-00969 DOC (JEMX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                    Tue., Jun. 21, 2016
    b. Place of Mailing:                  LOS ANGELES, CA 90026
    c. Addressed as follows:          VIP NAIL PRODUCTS,, INC., A CALIFORNIA CORPORATION
                                   12771 PALA DRIVE
                                   GARDEN GROVE, CA 92841

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 21, 2016 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Thomas Tilcock
    b. FIRST LEGAL SUPPORT SERVICES            d.  ***The Fee** for Service was:*   $117.74
       600 WEST SANTA ANA BLVD, SUITE 101      e.  I am: Not a Registered California Process Server
       SANTA ANA, CA 92701
    c. (714) 541-1110

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Thu, Jun. 23, 2016*

                                                                (Thomas Tilcock)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | 3054689  .polllp.816092 |
|---|---|---|

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3

     The undersigned certifies that on February 23, 2017, the foregoing document was

4

electronically filed with the Clerk of the Court for the United States District Court, Central

5

District of California, using the Court's Electronic Case Filing (ECF) system.  The ECF system

6

routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to

7

accept this notice of this document by electronic means.

Dated: February 23, 2017                POLSINELLI, LLC

8

9

10

By: /s/AJ Cruickshank
               AJ Cruickshank

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

   I, the undersigned, certify and declare that I am over the age of 18 years, employed in
3   the County of Los Angeles, State of California, and not a party to the above-entitled cause.  My
   business address is Polsinelli, LLP, .2049 Century Park East, Suite 2900, Los Angeles, CA
4   90067.

5   On February 23, 2017 served the document(s) described as:

6

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT VIA
7   NAIL SUPPLY, INC.; DECLARATION OF TODD M. MALYNN IN
   SUPPORT THEREOF**

8

9   on parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as
   follows:

10

   VIP Nail Products, Inc.
11   c/o Cindy Thao, Agent
   12771 Pala Drive
12   Garden Grove, CA  92841

13

14  ☒  MAIL:  I am readily familiar with this business's practice for collecting and processing
         correspondence for mailing. Following our ordinary business practices, the document is
15        placed for collection and mailing on the same day that is deposited with the United States
         Postal Service in a sealed envelope with postage fully prepaid. I am aware that upon motion
16        of a party served, service shall be presumed invalid if the postal cancellation date or postage
         meter date on the envelope is more than one day after the date of deposit for mailing
17        contained in the affidavit.

18

19  ☐  BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement
         of the parties to accept service by e-mail or electronic transmission, I caused the documents
20        to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not
         receive, within a reasonable time after the transmission, any electronic message or other
21        indication that the transmission was unsuccessful.

22       I hereby declare under penalty of perjury, under the laws of the United States of
   America, that the foregoing is true and correct.

23

24       Executed on February 23, 2017 at Los Angeles, California.

25

26   _____          _____
         AJ Cruickshank
27         Print Name                              Signature

28

55859870.1