# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAND & NAIL HARMONY, INC. ET AL.,** | **Case No.: SACV 16-0969-DOC (JEM)** |
| **Plaintiffs,** | |
| **vs.** | **JUDGMENT** |
| **ABC NAIL AND SPA PRODUCTS ET AL.,** | |
| **Defendants.** | |

On April 19, 2017, the Court entered an order granting in part Plaintiffs' Motions for Default Judgment (Dkts. 184, 186, 187, 193). Consequently,

IT IS ORDERED AND ADJUDGED

Judgment shall be entered for Plaintiffs and against Defendants Bao Toan Le ("Toan"); DL Beauty Supply, LLC dba Hollywood Beauty Supply ("DL Beauty"); JC Supply Inc. ("JC Supply"); Abubacar Nesser ("Nesser"); Derick Q. Luu ("Tony"); Lindside Pham ("Pham"); VIP Nail Products, Inc. ("VIP Nail"); Khuong Lien Phan ("Khuong"); MT Beauty Supply ("MT Beauty"); and Ryan Do ("Jimmy") (collectively, "Defendants") as follows:

1. $400,000.00 against each of the Defendants named above, for a total award to Plaintiff of $4,000,000.00;
2. Attorney's fees against each of the Defendants named above, in an amount to be proven by evidence; and
3. The Court's preliminary injunction (Dkt. 78) is hereby made permanent as against the Defendants named above, and those Defendants are enjoined from:
   a. From directly or indirectly manufacturing, purchasing, importing, advertising, promoting, offering to sell, selling, distributing, transferring, concealing, or otherwise disposing of any products bearing any of the GELISH® marks, the trade dress associated with the GELISH® goods or the design of the GELISH® bottle, or any confusingly similar mark or bottle, other than those actually manufactured or distributed by Plaintiffs;
   b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiffs, bearing any of the GELISH® marks, or any confusingly similar marks, trade dress or bottle design; or (ii) any evidence relating to the manufacture, purchasing, acquisition,

importation, advertising, promotion, distribution, inventory, shipping, handling, sale, offer for sale, disposal or transfer of any products bearing any GELISH® mark or any confusingly similar mark or bottle design, including counterfeit GELISH brand foundation and top coat; and

    c. From knowingly instructing, aiding or abetting or conspiring with any other person or business entity in engaging in any of the activities referred to in paragraphs (1) through (2) above.

DATED: April 19, 2017

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE