**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA 90017-2704
Telephone: 213.622.6555
Facsimile: 213.622.5781
Email: Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC. and
NAIL ALLIANCE, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,

Plaintiffs,

v.

ABC NAIL AND SPA PRODUCTS, a California business; et al.,

Defendants.

Case No. SACV16-00969 DOC(JEMx)

The Honorable David O. Carter

**PLAINTIFFS *EX PARTE* APPLICATION/REQUEST TO AMEND JUDGMENT PREVIOUSLY ENTERED BY THE COURT**

Complaint Filed: May 26, 2016
First Amended Complaint Filed: June 17, 2016

Plaintiffs Hand and Nail Harmony, Inc. and Nail Alliance, LLC (collectively "Plaintiffs") respectfully request the Court enter an amended Judgment in this matter incorporating the Court's Judgment entered on April 19, 2017 [Dkt. 210] and the Court's Order Re: Attorney's Fees entered on May 2, 2017 [Dkt. 213].



Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

On April 19, 2017, this Court entered its Judgment against the Defendants Bao Toan Le ("Toan"); DL Beauty Supply, LLC dba Hollywood Beauty Supply ("DL Beauty"); JC Supply, Inc. ("JC Supply"); Abubacar Nesser ("Nesser"); Derick Q. Luu ("Tony"); Lindside Pham ("Pham"); VIP Nail Products, Inc. ("VIP Nail"); Khuong Lien Phan ("Khuong"); MT Beauty Supply ("MT Beauty"); and Ryan Do ("Jimmy") as follows:

1. $400,000 against each of the Defendants named above, for the total award to Plaintiff of $4,000,000;

2. Attorney's fees against each of the Defendants named above, in an amount to be proven by evidence; and

3. The Court's preliminary injunction (Dkt.78) is hereby made permanent as against the Defendants named above, and those Defendants are enjoined from:

a. From directly or indirectly manufacturing, purchasing, importing, advertising, promotion, offering to sell, distributing, transferring, concealing, or otherwise disposing of any products bearing any of the GELISH® marks, the trade dress associated with the GELISH® goods of the design of the GELISH® bottle, or any confusingly similar mark of bottle, other than those actually manufactured or distributed by Plaintiffs;

b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distribted by Plaintiffs, bearing any of the GELISH® marks, trade dress of bottle design; or (ii) any evidence relating to the manufacture, purchasing, acquisition, importation, advertising, promotion, distribution, inventory, shipping, handling, sale, offer fvor sale, disposal or transfer of any products bearing any GELISH® mark or any confusingly similar mark or bottle design, including counterfeit GELISH brand foundation and top coat; and

c. From knowingly instructing, aiding or abetting or conspiring with any other person or business entity engaging in any of the activities referred to in paragraphs (1) through (2) above.

With regard to Paragraph 2 of the Judgment above, Plaintiffs filed the Declaration of Todd M. Malynn Establishing Reasonable Attorneys' Fee and Costs Incurred in Connection With the Prosecution of the Action Against the Defaulted Defendants (the "Fee Declaration") [Dkt. 212]. After review of the Fee Declaration, the Court entered its Civil Minutes – General Order Re: Attorney's Fees [Dkt. 213] awarding Plaintiffs fees and costs against the Defaulted Defendants as follows:

| **Against:** | **Fees Are Awarded in the Amount of:** | **Costs Are Awarded in the Amount of:** |
|---|---|---|
| JC Supply | 16,356.56 | 461.55 |
| Phan | 7,164.56 | 166.31 |
| Nesser | 7,164.56 | 311.81 |
| DL Beauty | 9,178.18 | 391.08 |
| Luu | 7,164.56 | 841.81 |
| VIP Nail | 13,422.85 | 376.16 |
| Pham | 13,422.85 | 327.32 |
| MT Beauty | 9,178.18 | 391.08 |
| Le | 13,422.85 | 820.23 |
| Do | 7,164.56 | 311.81 |

Plaintiffs request that this Court enter an amended Judgment incorporating the award of fees.

Respectfully submitted,

Dated: June 13, 2017

**POLSINELLI LLP**

/s/TODD MALYNN

By: Todd M. Malynn, Esq.

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC.,
NAIL ALLIANCE, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 13, 2017, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: June 13, 2017 POLSINELLI, LLC

By: /s/AJ Cruickshank
AJ Cruickshank

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Polsinelli, LLP, .2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

On June 13, 2017 served the document(s) described as:

PLAINTIFFS *EX PARTE* APPLICATION/REQUEST TO AMEND JUDGMENT PREVIOUSLY ENTERED BY THE COURT

on parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

SEE ATTACHED LIST

☒ MAIL: I am readily familiar with this business's practice for collecting and processing correspondence for mailing. Following our ordinary business practices, the document is placed for collection and mailing on the same day that is deposited with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that upon motion of a party served, service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

☐ BY E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 13, 2017 at Los Angeles, California.

AJ Cruickshank
Print Name

Signature

**SERVICE LIST**

Ryan Do
5108 Pipestone Pass Street
Las Vegas, NV 89101

MT Beauty Supply
3245 B Wade Blvd.
Taylors, SC 29687

Bao Toan Le
8251 Lampson Ave.
Garden Grove, CA 92841

VIP Nail Products, Inc.
c/o Cindy Thao, Agent
12771 Pala Dr.
Garden Grove, CA 92841

Lindside Pham
12771 Pala Dr.
Garden Grove, CA 92841

Khuong Lien Phan
4107 Flintridge Dr.
Stone Mountain, GA 30083

Abubacar Nesser
2602 Barkley Manor Dr.
Lawrenceville, GA 30044

JC Supply, Inc.
c/o Empire Tax Agent
4025 Sawtelle Blvd., Suite H
Duluth, GA 30097

Derick Q. Luu
6105 Evergreen Ave.
Las Vegas, NV 89147

DL Beauty Supply LLC
dba Hollywood Beauty Supply
4725 Spring Mountain Rd., Suite A
Las Vegas, NV 89102