**POLSINELLI LLP**
Todd M. Malynn (CA Bar No.181595)
Adam P. Daniels (CA Bar No. 296466)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tmalynn@polsinelli.com

Jose Mariano Castillo
Jose M. Castillo Law Offices
800 W. 6th Street, Suite 900
Los Angeles, CA 90017-2704
Telephone: 213.622.6555
Facsimile: 213.622.5781
Email: Castillo@castillolaw.com

*Attorneys for Plaintiffs*
HAND & NAIL HARMONY, INC. and
NAIL ALLIANCE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation, NAIL ALLIANCE, LLC, a Delaware corporation,<br><br>Plaintiffs,<br>v.<br>ABC NAIL AND SPA PRODUCTS, et al.,<br><br>Defendants. | Case No. SACV16-00969 DOC(JEMx)<br><br>The Honorable David O. Carter<br><br>**AMENDED JUDGMENT**<br><br>Complaint Filed: May 26, 2016<br>First Amended Complaint Filed:<br>                                      June 17, 2016 |

The Court, having considered the Plaintiffs' *Ex Parte* Application/Request to Amend Judgment Previously Entered by the Court [Dkt. 214], and GOOD CAUSE appearing therefore, hereby orders as follows:

Judgment shall be entered for Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance LLC, and against the Defendants Bao Toan Le ("Toan"), DL Beauty Supply, LLC dba Hollywood Beauty Supply ("DL Beauty"), JC Supply, Inc. ("JC Supply"), Abubacar Nesser ("Nesser"), Derick Q. Luu ("Tony"), Lindside Pham

("Pham"), VIP Nail Products, Inc. ("VIP Nail"), Khuong Lien Phan ("Khuong"), MT Beauty Supply ("MT Beauty"), and Ryan Do ("Jimmy") (collectively, "Defendants") as follows:

1. $400,000 against each of the Defendants named above, for the total award to Plaintiff of $4,000,000; plus

2. Costs and attorney's fees against each of the Defendants named above, in the following amounts:

| Against: | Fees Are Awarded in the Amount of: | Costs Are Awarded in the Amount of: |
|---|---|---|
| JC Supply | 16,356.56 | 461.55 |
| Phan | 7,164.56 | 166.31 |
| Nesser | 7,164.56 | 311.81 |
| DL Beauty | 9,178.18 | 391.08 |
| Luu | 7,164.56 | 841.81 |
| VIP Nail | 13,422.85 | 376.16 |
| Pham | 13,422.85 | 327.32 |
| MT Beauty | 9,178.18 | 391.08 |
| Le | 13,422.85 | 820.23 |
| Do | 7,164.56 | 311.81 |

3. The Court's preliminary injunction (Dkt.78) is hereby made permanent as against the Defendants named above, and those Defendants are enjoined from:

    a. From directly or indirectly manufacturing, purchasing, importing, advertising, promotion, offering to sell, distributing, transferring, concealing, or otherwise disposing of any products bearing any of the GELISH® marks, the trade dress associated with the GELISH® goods of the design of the GELISH® bottle, or any confusingly similar mark of bottle, other than those actually manufactured or distributed by Plaintiffs;

    b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distribted by Plaintiffs, bearing any of the GELISH® marks, trade dress of bottle design; or (ii) any evidence relating to the manufacture, purchasing, acquisition, importation, advertising, promotion, distribution, inventory, shipping, handling, sale, offer fvor

2

sale, disposal or transfer of any products bearing any GELISH® mark or any confusingly similar mark or bottle design, including counterfeit GELISH brand foundation and top coat; and

        c.     From knowingly instructing, aiding or abetting or conspiring with any other person or business entity engaging in any of the activities referred to in paragraphs (1) through (2) above.

IT IS SO ORDERED AND ADJUDICATED.

Dated: June 19, 2017      /s/ David O. Carter
                                       The Honorable David O. Carter
                                       United States District Judge